| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| NORTHERN DISTRICT OF GEORGIA | |
| Case number *(if known)* _____ | Chapter **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Four Hats Inc** |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **47-1615453** |

| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|---|---|
| | | **540 Markamen Court** **Fayetteville, GA 30214** Number, Street, City, State & ZIP Code | **2004 Commerce Drive North Suite 200** **Peachtree City, GA 30269** P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Fayette** County | **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |

| 5. | **Debtor's website** (URL) | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

Debtor **Four Hats Inc** _____ Case number (*if known*)_____
 Name

**7. Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** that apply:

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor **Four Hats Inc** _____ Case number (*if known*)_____
Name

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

- ☐ No
- ☐ Yes. Insurance agency _____
  Contact name _____
  Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Four Hats Inc**     Case number (*if known*)
    Name

---

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 15, 2025**
                   MM / DD / YYYY

**X /s/ David Garten**             **David Garten**
Signature of authorized representative of debtor     Printed name

Title    **Sole Shareholder and President**

---

**18. Signature of attorney**

**X /s/ Leslie Pineyro**           Date **April 15, 2025**
Signature of attorney for debtor                MM / DD / YYYY

**Leslie Pineyro 969800**
Printed name

**Jones & Walden LLC**
Firm name

**699 Piedmont Avenue NE**
**Atlanta, GA 30308**
Number, Street, City, State & ZIP Code

Contact phone   **404-564-9300**     Email address   **info@joneswalden.com**

**969800 GA**
Bar number and State

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Four Hats Inc** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **American Express** Attn: Stephen Squeri, CEO 115 W Towne Ridge Pkwy Sandy, UT 84070 | | CRD | | | | $37,134.03 |
| **Aspire Funding LLC** P.O. Box 105555 Atlanta, GA 30348-5555 | | MCA Loan | | | | $34,981.00 |
| **Bank of America, N.A.** Attn: Brian Moynihan, CEO 100 North Tryon St Charlotte, NC 28202 | | Line of Credit | | | | $925,000.00 |
| **BREX** 650 S 500 W #209 Salt Lake City, UT 84101 | | CRD | | | | $98,000.00 |
| **Cambridge Adv** | | MCA Loan | | | | $58,800.00 |
| **Cobb Chamber of Commerce** 1100 Circle 75 Pkwy #1000 Atlanta, GA 30339 | | | | | | $20,000.00 |
| **Comdata** Attn: President 5301 Maryland Way Brentwood, TN 37027 | | | | | | $137,000.00 |
| **Enterprise Fleet Management** 600 Corporate Park Dr Saint Louis, MO 63105 | | | | | | $895,707.58 |

Official form 204                    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                    page 1

Debtor **Four Hats Inc**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Everest Business Funding** **102 W 38th Street** **6th Floor** **New York, NY 10018** | | **MCA Loan** | | | | $46,056.00 |
| **Family Funding Group LLC** **1021 38th St Ste 501** **Brooklyn, NY 11219-1865** | | **MCA Loan** | | | | $130,000.00 |
| **Fayette Co Tax Commissioner** **140 Stonewall Ave** **Fayetteville, GA 30214** | | **Personal property taxes 2022, 2023, 2024** | | | | $14,293.11 |
| **First Citizens Bank** **Attn: Frank B. Holding Jr.,CEO** **239 Fayetteville St** **Raleigh, NC 27601** | | **N/P Wells Cargo Trailer** | | | | $30,000.00 |
| **G and G Funding Group LLC** **57 West 57th Street** **4th Floor** **New York, NY 10019** | | **MCA loan** | | | | $500,000.00 |
| **Guide Services, Inc.** **429 West Kingston** **Kingston Springs, TN 37082** | | | | | | $20,000.00 |
| **HD Fleet, LLC** **2450 Lakeside Pkwy #150-213** **Flower Mound, TX 75022** | | | | | | $40,000.00 |
| **Matt Nottingham** | | | | | | $15,000.00 |
| **Pack I-20 Holdings LLC** **PO Box 998** **Fort Worth, TX 76101-0998** | | | | | | $16,000.00 |
| **Stripes & Stops Co. Inc.** **2323 Greens Road** **Houston, TX 77032** | | | | | | $206,641.82 |
| **THORO CORP** **800 SE 4TH AVE, STE 601** **Hallandale, FL 33009** | | **MCA loan** | | | | $81,900.00 |

Official form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims     page 2

Debtor **Four Hats Inc**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **WebBank**<br>**Attn: Jason Lloyd, CEO**<br>**215 S State St, Ste 1000**<br>**Salt Lake City, UT 84111** | | | | | | **$19,500.00** |

Official form 204         Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims         page 3

```
Ally Bank
Attn: Michael G. Rhodes, CEO
200 W Civic Center Dr
Sandy, UT 84070


Amazon
Attn: General Counsel
P.O. Box 81226
Seattle, WA 98108-1226


American Express
Attn: Stephen Squeri, CEO
115 W Towne Ridge Pkwy
Sandy, UT 84070


Arden Logistics
1600 Market Street
Suite 2600
Philadelphia, PA 19103


Aspire Funding LLC
P.O. Box 105555
Atlanta, GA 30348-5555


Bank of America, N.A.
Attn: Brian Moynihan, CEO
100 North Tryon St
Charlotte, NC 28202


Bank of America, N.A.
Brian T. Moyniha, CEO
100 N Tryon St
Charlotte, NC 28202


BREX
650 S 500 W #209
Salt Lake City, UT 84101
```

C&D Auto Paint, Inc.
121 Business Circle
Thomasville, GA 31792

Cambridge Adv

City of Marietta Tax Division
205 Lawrence St NE
Marietta, GA 30060

CMIT Solutions
9433 Bee Caves Rd Bldg. 3
Ste. 210
Austin, TX 78733

Cobb Chamber of Commerce
1100 Circle 75 Pkwy #1000
Atlanta, GA 30339

Cobb County Tax Commissioner
700 South Cobb Drive
Marietta, GA 30060

Comdata
Attn: President
5301 Maryland Way
Brentwood, TN 37027

David Garten

DCS Computer Services

Enterprise Fleet Management
600 Corporate Park Dr
Saint Louis, MO 63105


Everest Business Funding
102 W 38th Street
6th Floor
New York, NY 10018


Family Funding Group LLC
1021 38th St Ste 501
Brooklyn, NY 11219-1865


Fayette Co Tax Commissioner
140 Stonewall Ave
Fayetteville, GA 30214


Fayette County Water System
P.O. Box 190
Fayetteville, GA 30214


First Citizens Bank
Attn: Frank B. Holding Jr.,CEO
239 Fayetteville St
Raleigh, NC 27601


Ford Motor Credit Company
P.O. Box 35910
Cleveland, OH 44135-0910


G and G Funding Group LLC
57 West 57th Street
4th Floor
New York, NY 10019


Guide Services, Inc.
429 West Kingston
Kingston Springs, TN 37082

```
HD Fleet, LLC
2450 Lakeside Pkwy #150-213
Flower Mound, TX 75022



Herc Rentals Inc.
27500 Riverview Center Blvd
Suite 100
Bonita Springs, FL 34134



Independent Studio Services
971 Sampler Way
Atlanta, GA 30344



Marvin Williams



Matt Nottingham



Mitsubishi Capital
800 Connecticut Avenue
Norwalk, CT 06854



Oldenburg & Stiner, P.C.
2004 Commerce Dr N #200
Peachtree City, GA 30269



Pack I-20 Holdings LLC
PO Box 998
Fort Worth, TX 76101-0998



RMA Toll Processing
2420 Ridgepoint Drive
Austin, TX 78754
```

Southern Lawn Life, LLC
120 Stafford Court
Fayetteville, GA 30215

Storm Haven

Stripes & Stops Co. Inc.
2323 Greens Road
Houston, TX 77032

Tatjana Garten

THORO CORP
800 SE 4TH AVE, STE 601
Hallandale, FL 33009

Troncalli Parts Cumming
818 Atlanta Hwy
Cumming, GA 30040-2708

Valley National Bank
Attn: Ira Robbins, CEO
615 Main Ave
Passaic, NJ 07055

WebBank
Attn: Jason Lloyd, CEO
215 S State St, Ste 1000
Salt Lake City, UT 84111

Wells Fargo Bank, N.A.
Attn: Charles W, Scharf, CEO
101 N Phillips Ave
Sioux Falls, SD 57104

```
Western Highways Traffic Truck
3100 East Hwy 199
Ste 199
Springtown, TX 76082
```