IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE:<br>FOUR HATS INC,<br>　　Debtor. | CHAPTER 11<br><br>CASE NO. 25-10554-PMB |
| FOUR HATS INC,<br><br>　　Movant,<br><br>ALP-ARC II AMWW OPERATING COMPANY, LLC<br><br>　　Respondent. | CONTESTED MATTER |

**NOTICE OF MOTION TO REJECT LEASE WITH ALP-ARC II AMWW OPERATING CO, DEADLINE TO OBJECT AND FOR HEARING**

　　Four Hats Inc ("Debtor") filed a "Motion to Reject Lease with ALP-ARC II AMWW Operating Co" (the "Motion") on April 30, 2025. Pursuant to the Third Amended and Restated General Order No. 24-2018, the Court may consider this matter without further notice or a hearing if no party in interest files a response or objection within twenty-one (21) days from the date of service of this notice. **If you object to the relief requested in this pleading, you must timely file your objection with the Bankruptcy Clerk** at the Clerk's Office, U. S. Bankruptcy Court, Federal Building, Room 215, 18 Greenville Street, Newnan, GA 30263, and serve a copy on the applicant's or debtor's attorney, Leslie M. Pineyro, Jones & Walden LLC, 699 Piedmont Avenue, NE, Atlanta, GA 30308, and any other appropriate persons by the objection deadline. The response or objection must explain your position and be actually received by the Bankruptcy Clerk within the required time.

　　**PLEASE TAKE FURTHER NOTICE** that the Court will hold a hearing on the Motion **at 10:20 a.m. on June 18, 2025, in 2nd Floor Courtroom, Lewis R. Morgan Federal Building and United States Courthouse, 18 Greenville Street, Newnan, Georgia 30263**, which may be attended in person or via the Court's Virtual Hearing Room. You may join the Virtual Hearing Room through the "Dial-in and Virtual Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, or the link on the judge's webpage, which can also be found on the Court's website. Please also review the "Hearing Information" tab on the judge's webpage for further information about the hearing. You should be prepared to appear at the hearing via video, but you may leave your camera in the off position until the Court instructs otherwise. Unrepresented persons who do not have video capability may use the telephone dial-in information on the judge's webpage.

If an objection or response is timely filed and served, the hearing will proceed as scheduled. **If you do not file a response or objection within the time permitted, the Court may grant the relief requested without further notice and without holding the scheduled hearing** provided that an order approving the relief requested is entered at least one business day prior to the scheduled hearing. If no objection is timely filed, but no order is entered granting the relief requested at least one business day prior to the scheduled hearing, the hearing will be held as scheduled.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

This 30th day of April, 2025.

**JONES & WALDEN LLC**

*/s/ Leslie M. Pineyro*
Leslie M. Pineyro
Georgia Bar No. 969800
Proposed Attorney for Debtor
699 Piedmont Avenue, NE
Atlanta, GA 30308
(404) 564-9300
lpineyro@joneswalden.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | |
|---|---|
| IN RE:<br>FOUR HATS INC,<br>    Debtor. | CHAPTER 11<br><br>CASE NO. 25-10554-PMB |
| FOUR HATS INC,<br>    Movant,<br>ALP-ARC II AMWW OPERATING COMPANY, LLC<br>    Respondent. | CONTESTED MATTER |

**MOTION TO REJECT LEASE WITH ALP-ARC II AMWW OPERATING CO**

COMES NOW Four Hats Inc (referred to herein as the "Debtor"), debtor and debtor in possession in the above-captioned case, by and through undersigned counsel, and hereby files this *Motion to Reject Lease with ALP-ARC II AMWW Operating Co* (the "Motion"). In support of the Motion, Debtor shows the Court as follows:

**Jurisdiction**

1. This Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

**Background**

2. On April 14, 2025 (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (as amended, modified, or supplemented the "Bankruptcy Code").

3. Debtor is currently a debtor-in-possession and is taking any and all actions necessary to preserve, protect, and maximize the value of the estate pursuant to Bankruptcy Code §§ 1107 and 1108.

4. Debtor is a tenant pursuant to that certain Industrial Building Lease (the "Lease") with ALP-ARC II AMWW Operating Company, LLC ("Respondent") for property located at 200 Marietta Pkwy, Ste 120, Atlanta, Georgia 30303, Fulton County (the "Property").

5. Debtor has vacated the property as of April 30, 2025 and seeks to reject the Lease as of April 30, 2025.

## Relief Requested

6. Debtor requests entry of an order pursuant to Bankruptcy Code §§ 105(a) and 365(a) authorizing Debtor to reject the Lease as of April 30, 2025. A proposed order is attached hereto as Exhibit "A".

7. Through the rejection of the Lease, Debtor will be relieved from paying the rent under the Lease, as well as certain other costs associated with the Lease. By rejecting the Lease at this time, Debtor will avoid incurring unnecessary administrative charges that provide no tangible benefit to Debtor's estate.

8. Debtor has determined through an exercise of its business judgment to reject the Lease, and that such rejection is in the best interest of Debtor and other parties in interest.

## Notice

9. Debtor shows that service of this Motion upon the Respondent, the U.S. Trustee, and those parties who have filed an entry of appearance in the case constitutes sufficient notice under Federal Rule of Bankruptcy Procedure 6006 and 9014; and Debtor requests that the Court authorize and direct service only upon such parties.

WHEREFORE, the Debtor prays that the Court enter an Order granting Debtor's Motion to reject the Lease as of April 30, 2025, and grant such further and other relief as the Court deems just and appropriate.

Respectfully submitted this 30th day of April, 2025.

**JONES & WALDEN LLC**

*/s/ Leslie M. Pineyro*
Leslie M. Pineyro
Georgia Bar No. 969800
Adam E. Ekbom
Georgia Bar No. 919724
699 Piedmont Avenue, NE
Atlanta, GA 30308
(404) 564-9300
lpineyro@joneswalden.com
aekbom@joneswladen.com
*Proposed Counsel for Debtor*

# Exhibit "A"

Case 25-10554-pmb    Doc 38    Filed 04/30/25    Entered 04/30/25 17:30:45    Desc Main
Document      Page 6 of 9

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | |
|---|---|
| **IN RE:** <br> **FOUR HATS INC,** <br> Debtor. | **CHAPTER 11** <br><br> **CASE NO. 25-10554-PMB** |
| **FOUR HATS INC,** <br><br> Movant, <br><br> **ALP-ARC II AMWW OPERATING COMPANY, LLC** <br><br> Respondent. | **CONTESTED MATTER** |

**ORDER REJECTING LEASE WITH ALP-ARC II AMWW OPERATING CO**

On April 30, 2025, Four Hats Inc (the "Debtor") filed its *Motion to Reject Lease with ALP-ARC II AMWW Operating Co* (the "Motion") (Doc. No. __) requesting entry of any order authorizing the rejection of the lease as of April 30, 2025 (the "Petition Date") for non-residential real property located at 200 Marietta Pkwy, Ste 120, Atlanta, Georgia 30303, Fulton County (the

"Lease").  The docket reflects that a copy of the Motion was served upon all parties-in-interest pursuant to Third Amended and Restated General Order No. 24-2018. No objection to the Motion was filed. The Court has considered the Motion and all other matters of record, including the lack of objection thereto. Based on the foregoing, no further notice or hearing is required and the Court finds that good cause exists to grant the relief requested in the Motion.

Based upon a review of the Motion, it appears that good and sufficient cause exists to grant the Motion. Accordingly, it is hereby **ORDERED** as follows:

1. The Motion is **GRANTED.**

2. The Lease is deemed rejected as of April 30, 2025.

**[END OF ORDER]**

Prepared and Presented by:
**JONES & WALDEN LLC**
*/s/ Leslie M. Pineyro*
Leslie M. Pineyro
Georgia Bar No. 969800
Adam E. Ekbom
Georgia Bar No. 919724
699 Piedmont Avenue, NE
Atlanta, GA 30308
(404) 564-9300
lpineyro@joneswalden.com
aekbom@joneswalden.com
*Proposed Counsel for the Debtor*


**Distribution List:**

Leslie M. Pineyro, Jones & Walden LLC, 699 Piedmont Avenue, NE, Atlanta, GA 30308

Office of the United States Trustee, Suite 362, Richard B. Russell Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303

ALP -ARC II AMWW Operating Company, LLC, c/o The Arden Group, Inc., 1600 Market Street, Suite 2600, Philadelphia, PA 19103, Attn: Craig A. Spencer and Joseph S. Caruso

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

| | |
|---|---|
| IN RE: <br><br> FOUR HATS INC, <br><br> Debtor. | CHAPTER 11 <br><br> CASE NO. 25-10554-PMB |

    This is to certify that I have on this day electronically filed the foregoing *Notice of Motion to Reject Lease with ALP-ARC II AMWW Operating Co, Deadline to Object and for Hearing* (the "Notice") and *Motion to Reject Lease with ALP-ARC II AMWW Operating Co* (the "Motion") using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the Notice and Application to any parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program.

- **Jonathan S. Adams**   jonathan.s.adams@usdoj.gov
- **Office of the United States Trustee**   ustpregion21.at.ecf@usdoj.gov

    I HEREBY CERTIFY that on the date indicated below I caused a true and correct copy of the Notice and Motion to be served upon the parties listed below via email and U.S. First Class Mail by placing same in a properly addressed envelope with adequate postage affixed thereon.

ALP -ARC II AMWW Operating Company,
LLC c/o The Arden Group, Inc.
1600 Market Street, Suite 2600
Philadelphia, PA 19103
Attn: Craig A. Spencer and Joseph S. Caruso
Kzierk@ardenlogisticspark.com
Radams@ardenlogisticsparks.com

    This 30th day of April, 2025.

                                                               **JONES & WALDEN LLC**

                                                              */s/ Leslie M. Pineyro*
                                                              Leslie M. Pineyro
                                                              Georgia Bar No. 969800
                                                              *Proposed Attorney for Debtor*
                                                              699 Piedmont Avenue, NE
                                                              Atlanta, GA 30308
                                                              (404) 564-9300
                                                              lpineyro@joneswalden.com