**Fill in this information to identify the case:**

Debtor name **Four Hats Inc**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **25-10554**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **May  9, 2025**      X **/s/ David Garten**
Signature of individual signing on behalf of debtor

**David Garten**
Printed name

**Sole Shareholder and President**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Four Hats Inc**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **25-10554**

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals            **12/15**

<hr/>

**Part 1:    Summary of Assets**

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................................... $        **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................................................. $     **2,153,815.85**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................................... $     **2,153,815.85**

<hr/>

**Part 2:    Summary of Liabilities**

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $     **2,615,474.32**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     **39,249.52**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$     **1,401,030.43**

4.  **Total liabilities** ..................................................................................................
    Lines 2 + 3a + 3b

$     **4,055,754.27**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Four Hats Inc** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | **25-10554** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.    Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America** | **Checking Account** | **9539** | **$573.74** |
| 3.2. | **Bank of America** | **Checking Account** | **9547** | **$2,031.27** |
| 3.3. | **Bank of America** | **Checking Account** | **9554** | **$4,520.13** |
| 3.4. | **Bank of America (-44,693.69)** | **Checking Account** | **4978** | **$0.00** |
| 3.5. | **Wells Fargo** | **Checking Account** | **0441** | **$105.58** |
| 3.6. | **PNC Bank** | **Checking Account** | **8553** | **$41,965.00** |

**4.    Other cash equivalents** *(Identify all)*

Debtor   **Four Hats Inc**
_____   Case number *(If known)*  **25-10554**
Name

5.   **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$49,195.72** |

---

**Part 2:**   **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☒ No.  Go to Part 3.
☐ Yes Fill in the information below.

---

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.   **Accounts receivable**

11a. 90 days old or less:   **921,944.13**   -   **0.00**   = ....   **$921,944.13**

face amount          doubtful or uncollectible accounts

11b. Over 90 days old:   **15,200.00**   -   **0.00**   = ....   **$15,200.00**

face amount          doubtful or uncollectible accounts

12.   **Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | |
|---|---|
| | **$937,144.13** |

---

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| | | | |

---

| Debtor | **Four Hats Inc** | Case number *(If known)* **25-10554** |
|---|---|---|
| | Name | |

| 39. | **Office furniture**<br>**Desks, chairs, filing cabinets, etc.** | $0.00 | | $15,000.00 |
|---|---|---|---|---|

| 40. | **Office fixtures** |
|---|---|

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Office equipment, computers, telphones, etc.** | $0.00 | | $18,000.00 |
|---|---|---|---|---|

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles |
|---|---|

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | $33,000.00 |
|---|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2022 Ford F-250 (3357)** | $0.00 | | $42,476.00 |
| 47.2. **2021 RAM 3500 (6672)** | $0.00 | | $28,717.00 |
| 47.3. **2021 F-250 (2647)** | $0.00 | | $29,298.00 |
| 47.4. **2022 F-550 Rollback** | $0.00 | | $66,900.00 |
| 47.5. **2022 F-350 (8979)** | $0.00 | | $48,116.00 |
| 47.6. **2021 F-150 (0447)** | $0.00 | | $20,688.00 |
| 47.7. **2021 F-150 (5730)** | $0.00 | | $23,255.00 |
| 47.8. **2022 F-250 (9726)** | $0.00 | | $29,427.00 |

Debtor    **Four Hats Inc**
Name                                              Case number *(If known)* **25-10554**

| | | | |
|---|---|---|---|
| 47.9. | **2022 F-250 (0569)** | $0.00 | $38,635.00 |
| 47.10. | **2022 F-250 (8053)** | $0.00 | $42,187.00 |
| 47.11. | **2022 F-250 (3414)** | $0.00 | $41,300.00 |
| 47.12. | **2022 F-250 (3412)** | $0.00 | $42,187.00 |
| 47.13. | **2022 F-250 (8052)** | $0.00 | $42,521.00 |
| 47.14. | **2022 F-150 (1121)** | $0.00 | $35,025.00 |
| 47.15. | **2022 Ford Maverick (3932)** | $0.00 | $21,423.00 |
| 47.16. | **2022 Ford Maverick (0690)** | $0.00 | $21,321.00 |
| 47.17. | **Freightliner/ TMA Body (3300)** | $0.00 | $85,000.00 |
| 47.18. | **Freightliner/ TMA body (3301)** | $0.00 | $75,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1. | **36" enclosed trailer** | $0.00 | $38,000.00 |
| 48.2. | **(3) Barrel Trailers** | $0.00 | $19,500.00 |
| 48.3. | **Small Trailer** | $0.00 | $1,500.00 |

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **Portable Arrow boards, message boards, light towers** | $0.00 | $125,000.00 |
| **Cones/ Dot drums, signs, stands, other associated job related equipment** | $0.00 | $95,000.00 |
| **Equipment fixtures shop** | $0.00 | $22,000.00 |

| Debtor | **Four Hats Inc** | Case number *(If known)* **25-10554** |
|---|---|---|
| | Name | |

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$1,034,476.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Cassie Patterson - Former controler of buisness**                    $100,000.00

| Nature of claim | **Theft of Debtor's Property (approximately $100,000)** |
|---|---|
| Amount requested | **$0.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Debtor    __**Four Hats Inc**_____    Case number *(If known)* __**25-10554**__
      Name

78.    **Total of Part 11.**

      Add lines 71 through 77. Copy the total to line 90.

| |
|---|
| **$100,000.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ■ No

   ☐ Yes

Debtor **Four Hats Inc**
Name

Case number *(If known)* **25-10554**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $49,195.72 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $937,144.13 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $33,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,034,476.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $100,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,153,815.85 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,153,815.85 |

**Fill in this information to identify the case:**

Debtor name **Four Hats Inc**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **25-10554**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **Ally Bank** Creditor's Name **Attn: Michael G. Rhodes, CEO 200 W Civic Center Dr Sandy, UT 84070** Creditor's mailing address | **Describe debtor's property that is subject to a lien** **2022 Ford F-250 (3357)** **Describe the lien** **Vehicle Loan** | **$65,115.57** | **$42,476.00** |

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number 4932**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** **Ally Bank** Creditor's Name **Attn: Michael G. Rhodes, CEO 200 W Civic Center Dr Sandy, UT 84070** Creditor's mailing address | **Describe debtor's property that is subject to a lien** **2021 RAM 3500 (6672)** **Describe the lien** **Vehicle Loan** | **$53,931.26** | **$28,717.00** |

Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number 5779**

| Debtor | **Four Hats Inc** | Case number (if known) | **25-10554** |
| | Name | | |

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ally Bank** | | $0.00 | $0.00 |

Creditor's Name

**Attn: Michael G. Rhodes, CEO
200 W Civic Center Dr
Sandy, UT 84070**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2022 Ford F-150 (4607) - Sold in March 2024**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Aspire Funding LLC** | | $34,981.00 | $0.00 |

Creditor's Name

**P.O. Box 105555
Atlanta, GA 30348-5555**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**MCA Loan**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Bank of America, N.A.** | | $925,000.00 | $0.00 |

Creditor's Name

**Attn: Brian Moynihan, CEO
100 North Tryon St
Charlotte, NC 28202**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Line of Credit**

**Describe the lien**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 11

Debtor  **Four Hats Inc**
Name                                                          Case number (if known)  **25-10554**

| | | | |
|---|---|---|---|
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
**Date debt was incurred** | ☐ No | | |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
**Last 4 digits of account number** | | | |
**6555** | | | |
**Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** | | |
| | Check all that apply | | |
■ No | ☐ Contingent | | |
☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

---

| 2.6 | **Bank of America, N.A.** | **Describe debtor's property that is subject to a lien** | **$6,500.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **L.O.C. Interest** | | |
| | **Brian T. Moyniha, CEO** | | | |
| | **100 N Tryon St** | | | |
| | **Charlotte, NC 28202** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| | ■ No |
Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
**Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
**Last 4 digits of account number** | |
**6555** | |
**Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
■ No | ☐ Contingent |
☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.7 | **BH Holdings LLC** | **Describe debtor's property that is subject to a lien** | **$46,056.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | **MCA Loan, BH Holdings, LLC d/b/a Everest Business Funding** | | |
| | **102 W 38th Street** | | | |
| | **6th Floor** | | | |
| | **New York, NY 10018** | | | |
| | Creditor's mailing address | **Describe the lien** | | |

| | |
|---|---|
| | **Is the creditor an insider or related party?** |
| | ■ No |
Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
**Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
**Last 4 digits of account number** | |
**Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
■ No | ☐ Contingent |
☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

Official Form 206D    Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**    page  3 of 11

Debtor **Four Hats Inc**

Name

Case number (if known)   **25-10554**

---

| 2.8 | **Cambridge Advance** | | Describe debtor's property that is subject to a lien | $58,800.00 | $0.00 |

Creditor's Name

**c/o Registered Agent
Solutions
2894 Remington Green Ln,
STE A
Tallahassee, FL 32308**

Creditor's mailing address

**MCA Loan**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Family Funding Group LLC** | | Describe debtor's property that is subject to a lien | $130,000.00 | $0.00 |

Creditor's Name

**1021 38th St Ste 501
Brooklyn, NY 11219-1865**

Creditor's mailing address

**MCA Loan**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **First Citizens Bank** | | Describe debtor's property that is subject to a lien | $30,000.00 | $38,000.00 |

Creditor's Name

**Attn: Frank B. Holding
Jr.,CEO
239 Fayetteville St
Raleigh, NC 27601**

Creditor's mailing address

**36" enclosed trailer**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

Is anyone else liable on this claim?

---

Debtor  **Four Hats Inc** _____    Case number (if known)  **25-10554**
Name

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

---

**2.1** **Ford Motor Credit**
**1**  **Company**
Creditor's Name

Describe debtor's property that is subject to a lien
**2021 F-250 (2647)**

$45,591.17    $29,298.00

**P.O. Box 35910**
**Cleveland, OH 44135-0910**
Creditor's mailing address

Describe the lien
**Vehicle Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**6036**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

---

**2.1** **Ford Motor Credit**
**2**  **Company**
Creditor's Name

Describe debtor's property that is subject to a lien
**2022 F-550 Rollback**

$37,271.77    $66,900.00

**P.O. Box 35910**
**Cleveland, OH 44135-0910**
Creditor's mailing address

Describe the lien
**Vehicle Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**1514**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
|  | ☐ Disputed |

---

**2.1** **Ford Motor Credit**
**3**  **Company**

Describe debtor's property that is subject to a lien

$61,558.55    $48,116.00

Debtor **Four Hats Inc**

Name

Case number (if known)    **25-10554**

---

Creditor's Name

**2022 F-350 (8979)**

**P.O. Box 35910**
**Cleveland, OH 44135-0910**

Creditor's mailing address

**Describe the lien**
**Vehicle Loan**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0749**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Ford Motor Credit Company** | **Describe debtor's property that is subject to a lien** | $58,790.77 | $20,688.00 |
|---|---|---|---|---|

Creditor's Name

**2021 F-150 (0447)**

**P.O. Box 35910**
**Cleveland, OH 44135-0910**

Creditor's mailing address

**Describe the lien**
**Vehicle Loan**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4896**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Ford Motor Credit Company** | **Describe debtor's property that is subject to a lien** | $62,168.05 | $23,255.00 |
|---|---|---|---|---|

Creditor's Name

**2021 F-150 (5730)**

**P.O. Box 35910**
**Cleveland, OH 44135-0910**

Creditor's mailing address

**Describe the lien**
**Vehicle Loan**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 6 of 11

| Debtor | **Four Hats Inc** | Case number (if known) | **25-10554** |
|---|---|---|---|
| | Name | | |

**3035**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed |

---

| 2.1 6 | **Ford Motor Credit Company** | **Describe debtor's property that is subject to a lien** | $61,732.99 | $29,427.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 F-250 (9726)** | | |

**P.O. Box 35910
Cleveland, OH 44135-0910**

Creditor's mailing address

**Describe the lien**

**Vehicle Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
1708**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed |

---

| 2.1 7 | **Ford Motor Credit Company** | **Describe debtor's property that is subject to a lien** | $55,257.56 | $38,635.00 |
|---|---|---|---|---|
| | Creditor's Name | **2022 F-250 (0569)** | | |

**P.O. Box 35910
Cleveland, OH 44135-0910**

Creditor's mailing address

**Describe the lien**

**Vehicle Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number
3406**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated<br>☐ Disputed |

---

| 2.1 8 | **Ford Motor Credit Company** | **Describe debtor's property that is subject to a lien** | $51,163.98 | $42,187.00 |
|---|---|---|---|---|

---

Debtor   **Four Hats Inc**
_____
Name

Case number (if known)    **25-10554**
_____

Creditor's Name

**2022 F-250 (8053)**
_____

**P.O. Box 35910**
**Cleveland, OH 44135-0910**

Creditor's mailing address

**Describe the lien**
**Vehicle Loan**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1169**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 9 | **Ford Motor Credit Company** | |
|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2022 F-250 (3414)**       $49,893.25      $41,300.00
_____

**P.O. Box 35910**
**Cleveland, OH 44135-0910**

Creditor's mailing address

**Describe the lien**
**Vehicle Loan**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1183**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 0 | **Ford Motor Credit Company** | |
|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**2022 F-250 (3412)**       $49,373.44      $42,187.00
_____

**P.O. Box 35910**
**Cleveland, OH 44135-0910**

Creditor's mailing address

**Describe the lien**
**Vehicle Loan**
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 8 of 11

| Debtor | **Four Hats Inc** | | Case number *(if known)* | **25-10554** |
|---|---|---|---|---|
| | Name | | | |

**1190**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2 Ford Motor Credit Company**
**1**
Creditor's Name

**P.O. Box 35910**
**Cleveland, OH 44135-0910**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1196**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 F-250 (8052)**

**Describe the lien**
**Vehicle Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$46,532.18 | $42,521.00

---

**2.2 Ford Motor Credit Company**
**2**
Creditor's Name

**P.O. Box 35910**
**Cleveland, OH 44135-0910**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**3335**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2022 F-150 (1121)**

**Describe the lien**
**Vehicle Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$55,333.05 | $35,025.00

---

**2.2 G and G Funding Group LLC**
**3**

**Describe debtor's property that is subject to a lien**

$500,000.00 | $0.00

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 9 of 11

| Debtor | Four Hats Inc | Case number (if known) | 25-10554 |
|---|---|---|---|
| | Name | | |

**Creditor's Name**

**MCA loan**

**57 West 57th Street**
**4th Floor**
**New York, NY 10019**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **Mitsubishi Capital** | Describe debtor's property that is subject to a lien | $27,880.15 | $21,423.00 |
|---|---|---|---|---|

Creditor's Name

**2022 Ford Maverick (3932)**

**800 Connecticut Avenue**
**Norwalk, CT 06854**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **THORO CORP** | Describe debtor's property that is subject to a lien | $81,900.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**MCA loan**

**800 SE 4TH AVE, STE 601**
**Hallandale, FL 33009**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

---

| Debtor | **Four Hats Inc** | Case number (if known) | **25-10554** |
|---|---|---|---|
| | Name | | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **Valley National Bank** | Describe debtor's property that is subject to a lien | **$20,643.58** | **$21,321.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: Ira Robbins, CEO
615 Main Ave
Passaic, NJ 07055**

Creditor's mailing address

**2022 Ford Maverick (0690)**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$2,615,474.32** |
|---|---|---|

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name      **Four Hats Inc**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF GEORGIA

Case number (if known)   **25-10554**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**City of Marietta Tax Division**<br>**205 Lawrence St NE**<br>**Marietta, GA 30060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $11,174.42 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Personal Property Taxes 2021 - 2024** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Cobb County Tax Commissioner**<br>**700 South Cobb Drive**<br>**Marietta, GA 30060** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,751.65 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Personal Property Taxes 2021- 2024** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | Four Hats Inc | Case number (if known) | 25-10554 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,293.11 | $0.00 |
|---|---|---|---|---|

**Fayette Co Tax Commissioner**
**140 Stonewall Ave**
**Fayetteville, GA 30214**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Personal property taxes 2022, 2023, 2024**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**GA Department of Revenue**
**Taxpayer Services Division**
**PO Box 105499**
**Atlanta, GA 30348**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For Notice Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,030.34 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Payroll Taxes for 2024**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,134.03 |
|---|---|---|---|

**American Express**
**Attn: Stephen Squeri, CEO**
**115 W Towne Ridge Pkwy**
**Sandy, UT 84070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **1003**

Basis for the claim:  **CRD**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,200.00 |
|---|---|---|---|

**Arden Logistics**
**1600 Market Street**
**Suite 2600**
**Philadelphia, PA 19103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Four Hats Inc** | | Case number (if known) | **25-10554** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Arnel Porter & Drea Lesure**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Insurance Claim - Lawsuit Pending in State Court of Paulding County**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$98,000.00** |
|---|---|---|---|

**BREX**
**650 S 500 W #209**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **3640**

**Basis for the claim:** **CRD**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$681.59** |
|---|---|---|---|

**C&D Auto Paint, Inc.**
**121 Business Circle**
**Thomasville, GA 31792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cherish Shushok**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Insurance Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Christina Peyton**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** **Insurance Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$180.00** |
|---|---|---|---|

**City of Fayetteville**
**210 Stonewall Avenue West**
**Chicago, IL 60290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,715.00** |
|---|---|---|---|

**CMIT Solutions**
**9433 Bee Caves Rd Bldg. 3**
**Ste. 210**
**Austin, TX 78733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Four Hats Inc | Case number (if known) | 25-10554 |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00**

**Cobb Chamber of Commerce**
**1100 Circle 75 Pkwy #1000**
**Atlanta, GA 30339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$249,317.29**

**Comdata**
**Attn: President**
**5301 Maryland Way**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**David Garten**
**540 Marksmen Court**
**Fayetteville, GA 30214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **TBD**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$546.25**

**DCS Computer Services**
**234 Heathersett Drive**
**Marietta, GA 30064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$83,000.00**

**Enterprise Fleet Management**
**600 Corporate Park Dr**
**Saint Louis, MO 63105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **6718**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$28,853.29**

**Faulkner Commercial Group, Inc**
**500 Swanson Road**
**Suite 1**
**Tyrone, GA 30290**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Fayette County Attorney**
**Marie G. Broder**
**One Center Drive**
**Fayetteville, GA 30214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **For Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Four Hats Inc** | Case number (if known) | **25-10554** |
|---|---|---|---|
| | Name | | |

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00**

**Guide Services, Inc.**
**429 West Kingston**
**Kingston Springs, TN 37082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,765.63**

**HAR - Harris Ventures, Inc.**
**863 Holcomb Bridge Road**
**Roswell, GA 30076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _d/b/a Staff Zone_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00**

**HD Fleet, LLC**
**2450 Lakeside Pkwy #150-213**
**Flower Mound, TX 75022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,000.00**

**Herc Rentals Inc.**
**27500 Riverview Center Blvd**
**Suite 100**
**Bonita Springs, FL 34134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,000.00**

**Independent Studio Services**
**971 Sampler Way**
**Atlanta, GA 30344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**LaPorsha Lockett**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Insurance Claim_

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Marcus Tettleton**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _Insurance Claim_

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Four Hats Inc** | Case number (if known) | **25-10554** |
|---|---|---|---|
| | Name | | |

---

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,412.80** |
|---|---|---|
| **Marvin Williams**<br>**185 Industrial Way**<br>**Fayetteville, GA 30215-8000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Office rent or lease (150 Industrial)__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00** |
|---|---|---|
| **Matt Nottingham**<br>**263 Bainbridge Circle**<br>**Dallas, GA 30132** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|
| **McKayla Mae Marlow** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __Insurance Claim__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.27**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|
| **Office Of the Chief Co. IRS**<br>**1111 Constitution Ave**<br>**Washington, DC 20224** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __For Notice Only__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.28**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |
|---|---|---|
| **Oldenburg & Stiner, P.C.**<br>**2004 Commerce Dr N #200**<br>**Peachtree City, GA 30269** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.29**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,000.00** |
|---|---|---|
| **Pack I-20 Holdings LLC**<br>**PO Box 998**<br>**Fort Worth, TX 76101-0998** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.30**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$149,282.68** |
|---|---|---|
| **Premier Small Business Service**<br>**dba Payroll Vault**<br>**55 Atlanta St. SE, Suite 398**<br>**Marietta, GA 30060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __ | Basis for the claim: __ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Four Hats Inc** | Case number (if known) | **25-10554** |
|---|---|---|---|
| | Name | | |

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Quentin Daniels**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Insurance Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$266,912.80** |
|---|---|---|---|

**Rhino Equity, LLC**
**P.O. Box 1234**
**Converse, TX 78109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**RMA Toll Processing**
**2420 Ridgepoint Drive**
**Austin, TX 78754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,500.00** |
|---|---|---|---|

**Southern Lawn Life, LLC**
**120 Stafford Court**
**Fayetteville, GA 30215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Storm Haven**
**250 Ebenezer Road**
**Fayetteville, GA 30215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Office Rent or Lease (155 Industrial)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$206,641.82** |
|---|---|---|---|

**Stripes & Stops Co. Inc.**
**2323 Greens Road**
**Houston, TX 77032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
|---|---|---|---|

**Tatjana Garten**
**12702 Old Well Road**
**Hampton, GA 30228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Four Hats Inc | Case number (if known) | 25-10554 |
|---|---|---|---|
| | Name | | |

---

**3.38** Nonpriority creditor's name and mailing address

**Troncalli Parts Cumming**
818 Atlanta Hwy
Cumming, GA 30040-2708

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,600.00**

---

**3.39** Nonpriority creditor's name and mailing address

**Tyrell Bridges**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __Insruance Claim__

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.40** Nonpriority creditor's name and mailing address

**U.S.  Attorney General**
Atn Clekr, US Dept of Justice
950 Pennsylvania Ave NW
Washington, DC 20350

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __For Notice Only__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.41** Nonpriority creditor's name and mailing address

**US Attorney, Attn: Civil Clerk**
600 Richard Russell Bldg
75 Ted Turner DRive, SW
Atlanta, GA 30303

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __For Notice Only__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.42** Nonpriority creditor's name and mailing address

**WebBank**
Attn: Jason Lloyd, CEO
215 S State St, Ste 1000
Salt Lake City, UT 84111

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$19,500.00**

---

**3.43** Nonpriority creditor's name and mailing address

**WebBank**
Attn: Jason Lloyd, CEO
215 S State St, Ste 1000
Salt Lake City, UT 84111

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$7,000.00**

---

**3.44** Nonpriority creditor's name and mailing address

**Wells Fargo Bank, N.A.**
Attn: Charles W, Scharf, CEO
101 N Phillips Ave
Sioux Falls, SD 57104

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __CRD (3105)__

Is the claim subject to offset? ■ No ☐ Yes

**$8,298.80**

---

| Debtor | Four Hats Inc | Case number (if known) | 25-10554 |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,468.46 |
|---|---|---|---|

**Wells Fargo Bank, N.A.**
**Attn: Charles W, Scharf, CEO**
**101 N Phillips Ave**
**Sioux Falls, SD 57104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CRD (8933)__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19.99 |
|---|---|---|---|

**Wells Fargo Bank, N.A.**
**Attn: Charles W, Scharf, CEO**
**101 N Phillips Ave**
**Sioux Falls, SD 57104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CRD (4960)__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|

**Western Highways Traffic Truck**
**3100 East Hwy 199**
**Ste 199**
**Springtown, TX 76082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 39,249.52 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,401,030.43 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ 1,440,279.95 |

**Fill in this information to identify the case:**

Debtor name      **Four Hats Inc**

United States Bankruptcy Court for the:      NORTHERN DISTRICT OF GEORGIA

Case number (if known)      **25-10554**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*      *Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Lease for 200 Marietta Pkwy, Suite 120, Atlanta, GA 30303 (vacated porperty as of April 30, 2025)**<br><br>**ALP-ARC II AMWW Operating Co.**<br>**1600 Market Street**<br>**Suite 2600**<br>**Philadelphia, PA 19103** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Vendor Pricing Agreement**<br><br>**Atlanta Gas and Light**<br>**508 Georgia Hwy 138**<br>**Riverdale, GA 30274** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Local Service Agreement**<br><br>**Atmos Energy Corporation**<br>**3110 I 35 N. Round Rock**<br>**Round Rock, TX 78681** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Vendor Pricing Agreement**<br><br>**Automatic Curb Company, Inc.**<br>**8265 Industrial Place**<br>**Alpharetta, GA 30004** |

| Debtor 1 | **Four Hats Inc** | | | Case number *(if known)* | **25-10554** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontract Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Benton-Georgia, LLC**<br>**2487 Bright Star Road**<br>**Douglasville, GA 30134** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Pricing Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **CSTE, Inc.**<br>**1337 Canton Road**<br>**Marietta, GA 30066** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Pricing Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Cyclone Land Development Co.**<br>**1000 Holcomb Woods Parkway**<br>**Building 400, Suite 410**<br>**Roswell, GA 30076** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Master Equity Lease Agreement - Debtor reserves the right to amend upon determination of whether this is a true lease** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Enterprise Fleet Management**<br>**600 Corporate Park Dr**<br>**Saint Louis, MO 63105** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Pricing Agreement** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Fairway Electric, Inc.**<br>**7318 Keegan Ct.**<br>**Covington, GA 30014** |

| Debtor 1 | **Four Hats Inc** | | | Case number *(if known)* | **25-10554** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Open Agency Contract for Services (Contract No. 48400-185-DOT0003054 -007)** | |
|---|---|---|---|
| | State the term remaining | | **Georgia Dept of Transportation** |
| | List the contract number of any government contract | | **600 West Peachtree Street, NW Atlanta, GA 30308** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Labor Rate Contract No. 88819** | |
|---|---|---|---|
| | State the term remaining | | **Georgia Power Company** |
| | List the contract number of any government contract | | **PO Box 105537 Atlanta, GA 30348** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Service Order for Traffic Control Services pursuant to Master Agreement No. 88818** | |
|---|---|---|---|
| | State the term remaining | | **Georgia Power Company** |
| | List the contract number of any government contract | | **PO Box 105537 Atlanta, GA 30348** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 540 Marksmen Court, Fayetteville, GA 30214** | |
|---|---|---|---|
| | State the term remaining | | **Independent Studio Services** |
| | List the contract number of any government contract | | **971 Sampler Way Atlanta, GA 30344** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Pricing Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Kendall Vegetation Services** |
| | List the contract number of any government contract | | **2736 Meadow Church Road Suite 200 Duluth, GA 30097** |

| Debtor 1 | **Four Hats Inc** | | | Case number (*if known*) | **25-10554** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 150 Industrial Way, Fayetteville, GA 30215** | |
|---|---|---|---|
| | State the term remaining | | **Marvin Williams** |
| | List the contract number of any government contract | | **185 Inustrial Way** **Fayettville, GA 30215** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Pricing Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Millhouse Forestry, LLC** **10 Tenth Street** **Suite 400** |
| | List the contract number of any government contract | | **Atlanta, GA 30309** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Services** | |
|---|---|---|---|
| | State the term remaining | | **Oncor Electrict Delivery Co** **777 Main Street** **Suit 707** |
| | List the contract number of any government contract | | **Fort Worth, TX 76102** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 6627 Corporation Parkway, Suite 240, Fort Worth, TX 6126** | |
|---|---|---|---|
| | State the term remaining | | **Pack I-20 Holdings LLC** **PO Box 998** |
| | List the contract number of any government contract | | **Fort Worth, TX 76101-0998** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Pricing Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Pike Electric, LLC** **200 Cobb Parkway North** **Suite 428** |
| | List the contract number of any government contract | | **Marietta, GA 30062** |

| Debtor 1 | **Four Hats Inc** | | | Case number *(if known)* | **25-10554** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Pricing Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Power Standard, LLC** |
| | | | **481 Winscott Road** |
| | List the contract number of any government contract | | **Suite 100** |
| | | | **Fort Worth, TX 76126** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontractor Agreement (dated 2/6/24)** | |
|---|---|---|---|
| | State the term remaining | | **RHINO Equity, LLC** |
| | | | **P.O. Box 1234** |
| | List the contract number of any government contract | | **Converse, TX 78109** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontractor Agreement (dated 10/16/24)** | |
|---|---|---|---|
| | State the term remaining | | **RHINO Equity, LLC** |
| | | | **P.O. Box 1234** |
| | List the contract number of any government contract | | **Converse, TX 78109** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontractor Agreement (dated 2/9/24)** | |
|---|---|---|---|
| | State the term remaining | | **RHINO Equity, LLC** |
| | | | **P.O. Box 1234** |
| | List the contract number of any government contract | | **Converse, TX 78109** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Pricing Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Service Eletric Company** |
| | | | **548 Lake Mirror Road** |
| | List the contract number of any government contract | | **Atlanta, GA 30349** |

| Debtor 1 | **Four Hats Inc** | | | Case number *(if known)* | **25-10554** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Pricing Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Southeast Connections 2720 Dogwood Drive Conyers, GA 30013** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Master Vendor Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Southern Company Services, Inc 241 Ralph McGill Boulevard, NE Bin 10080 Atlanta, GA 30308** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for 155 Industriall Way, Fayetteville, GA 30215 (Lease Rejected as of the Petition Date)** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Storm Haven, L.L.C. 250 Ebenezer Road Fayetteville, GA 30215** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Pricing Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **TradeMark Electric, Inc. 3200 Joyce Drive Fort Worth, TX 76116** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Vendor Pricing Agreement** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Unity Construction Company P.O. Box 651 Mableton, GA 30126** |

| Debtor 1 | **Four Hats Inc** | | Case number *(if known)* | **25-10554** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.30.**  State what the contract or lease is for and the nature of the debtor's interest

**Vendor Pricing Agreement**

State the term remaining

List the contract number of any government contract

**UTEC Construction, Inc.**
**926 Ridgedale Drive**
**Lawrenceville, GA 30043**

---

**2.31.**  State what the contract or lease is for and the nature of the debtor's interest

**Vendor Pricing Agreement**

State the term remaining

List the contract number of any government contract

**Zeis Energy and Infastructure**
**435 W McIntosh Circle**
**Whitesburg, GA 30185**

---

**Fill in this information to identify the case:**

Debtor name **Four Hats Inc**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF GEORGIA

Case number (if known) **25-10554**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | David Garten | 540 Marksmen Court Fayetteville, GA 30214 | Bank of America, N.A. | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.2 | David Garten | 540 Marksmen Court Fayetteville, GA 30214 | Aspire Funding LLC | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.3 | David Garten | 540 Marksmen Court Fayetteville, GA 30214 | Cambridge Advance | ■ D __2.8__ ☐ E/F _____ ☐ G _____ |
| 2.4 | David Garten | 540 Marksmen Court Fayetteville, GA 30214 | BH Holdings LLC | ■ D __2.7__ ☐ E/F _____ ☐ G _____ |
| 2.5 | David Garten | 540 Marksmen Court Fayetteville, GA 30214 | Family Funding Group LLC | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |

Debtor    **Four Hats Inc**                                                    Case number *(if known)*    **25-10554**

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                        *Column 2:* **Creditor**

| 2.6 | **David Garten** | **540 Marksmen Court**<br>**Fayetteville, GA 30214** | **G and G Funding**<br>**Group LLC** | ■ D __2.23__<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|

| 2.7 | **David Garten** | **540 Marksmen Court**<br>**Fayetteville, GA 30214** | **THORO CORP** | ■ D __2.25__<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|

**Fill in this information to identify the case:**

Debtor name __**Four Hats Inc**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF GEORGIA__

Case number (if known) __**25-10554**__

☐ Check if this is an amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,761,178.00** |
| **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$7,200,000.00** |
| **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$6,653,350.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| | | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| Debtor | **Four Hats Inc** | Case number *(if known)* | **25-10554** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **See attached** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Bank of America, N.A.**<br>**Attn: Brian Moynihan, CEO**<br>**100 North Tryon St**<br>**Charlotte, NC 28202**<br>**David Garten personally guaranteed**<br>**this loan** | **4/28/24,**<br>**5/21/24,**<br>**5/26/24,**<br>**5/27/24,**<br>**6/6/24,**<br>**6/9/24,**<br>**6/29/24,**<br>**6/30/24,**<br>**7/29/24,**<br>**7/30/24,**<br>**8/29/24,**<br>**9/2/24,**<br>**9/29/24,**<br>**10/30/24,**<br>**11/7/24,**<br>**11/29/24,**<br>**12/8/24,**<br>**12/18/24,**<br>**12/30/24,**<br>**1/26/25,**<br>**1/30/24,**<br>**2/26/25,**<br>**2/27/25,**<br>**3/26/25** | **$1,120,999.52** | **Payment of Debtor's loan** |

Debtor    **Four Hats Inc**                                                                 Case number *(if known)*  **25-10554**

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2. **Aspire Funding LLC**<br>**P.O. Box 105555**<br>**Atlanta, GA 30348-5555**<br>**David Garten may have personally guaranteed** | 9/20/24, 9/27/24, 10/4/24, 10/11/24, 10/18/24,10/25/24, 11/1/24, 11/8/24, 11/15/24,11/22/24, 12/2/24, 12/6/24, 12/18/24, 12/26/24,1/3/25, 1/10/25, 1/17/25, 1/24/25, 1/31/25, 2/7/25, 2/14/25, 2/21/25, 2/28/25, 3/7/25, 3/25/25, 3/31/25. 4/4/25, 4/11/25 | $380,232.04 | **Payment of Debtor's loan** |
| 4.3. **Family Funding Group LLC**<br>**1021 38th St Ste 501**<br>**Brooklyn, NY 11219-1865**<br>**David Garten may have personally guaranteed** | 1/17/25, 1/24/25, 1/30/25, 1/30/25 1/31/25, 2/7/25, 2/14/25, 2/21/25, 2/28/25, 3/7/25, 3/20/25, 3/24/25, 3/28/25 | $298,973.36 | **Payment of Debtor's loan** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Four Hats Inc**                                                                    Case number *(if known)*  **25-10554**

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.4.  **Cambridge Advance**<br>**c/o Registered Agent Solutions**<br>**2894 Remington Green Ln, STE A**<br>**Tallahassee, FL 32308**<br>**David Garten may have personally**<br>**guaranteed** | **1/21/25,**<br>**1/27/25,**<br>**2/3/25,**<br>**2/10/25,**<br>**2/18/25,**<br>**2/24/25,**<br>**2/27/25,**<br>**2/28/25/,**<br>**3/3/25,**<br>**3/4/325,**<br>**3/5/25,**<br>**3/6/25,**<br>**3/7/25,**<br>**3/10/25,**<br>**3/12/25,**<br>**3/17/25,**<br>**3/18/25,**<br>**3/19/25,**<br>**3/20/25,**<br>**3/21/25,**<br>**3/24/25,**<br>**3/25/25,**<br>**3/26/25,**<br>**3/27/25,**<br>**3/28/25,**<br>**3/31/25** | **$180,392.00** | **Payment of Debtor's loan** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Four Hats Inc**                                                    Case number *(if known)*   **25-10554**

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.5. **BH Holdings LLC**<br>**102 W 38th Street**<br>**6th Floor**<br>**New York, NY 10018**<br>**David Garten my have personally guaranteed** | **8/14/24, 8/21/24, 8/28/24, 9/4/24, 9/11/24, 9/18/24, 9/25/24, 10/2/24, 10/9/24, 10/16/24, 10/23/24, 10/30/24, 11/6/24, 11/13/24, 11/20/24, 11/27/24, 12/4/24, 12/11/24, 12/18/24, 12/26/24, 1/2/25, 1/8/25, 1/9/25, 1/15/25, 1/16/25, 1/22/25, 1/29/25, 2/5/25, 2/12/285, 2/19/25, 2/26/25, 3/5/25, 3/28/25, 4/4/28, 4/11/25** | **$229,502.20** | **Payment of Debtor's loan** |
| 4.6. **THORO CORP**<br>**800 SE 4TH AVE, STE 601**<br>**Hallandale, FL 33009**<br>**David Garten may have personally guaranteed** | **2/6/25, 2/7/25, 2/25/25, 2/27/25, 2/28/25, 3/3/25, 3/4/25, 3/5/25, 3/6/25, 3/7/25, 3/10/25, 3/17/25, 3/20/25, 3/31/25** | **$22,100.00** | **Payment of Debtor's loan** |
| 4.7. **G and G Funding Group LLC**<br>**57 West 57th Street**<br>**4th Floor**<br>**New York, NY 10019**<br>**David Garten may have personally guaranteed** | **Various dates from 10/1/24 to 3/10/25** | **$819,652.80** | **Payment of Debtor's loan** |

Debtor    **Four Hats Inc**                                                    Case number *(if known)*  **25-10554**

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.8. **PIRS Capital LLC** <br>**1688 Meridian Avenue** <br>**Ste 700** <br>**Miami Beach, FL 33139** <br>**David Garten may have personally guaranteed** | **Various dates from 3/8/24 to 1/28/25** | **$434,895.30** | **Payment of Debtor's loan** |
| 4.9. **Cucumber Capital LLC** <br>**125 Strawberry Hill Avenue** <br>**Ste 101** <br>**Stamford, CT 06902** <br>**David Garten may have personally guaranteed** | **9/4/24,** <br>**9/11/24,** <br>**9/1/24,** <br>**9/25/24,** <br>**10/2/24,** <br>**10/9/24,** <br>**10/16/24,** <br>**10/23/24,** <br>**10/30/24,** <br>**11/6/24,** <br>**11/13/24,** <br>**11/20/24,** <br>**11/27/24,** <br>**12/4/24,** <br>**12/11/24,** <br>**12/18/24,** <br>**12/26/24,** <br>**1/2/25,** <br>**1/8/25,** <br>**1/15/25,** <br>**1/22/25,** <br>**1/24/25** | **$262,325.00** | **Payment of Debtor's loan** |

| Debtor | **Four Hats Inc** | Case number *(if known)* | **25-10554** |

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.10 **The Smarter Merchant 460 Park Ave S New York, NY 10011 DAvid Garten may have personally guaranteed** | **6/25/24, 7/2/24, 7/9/24, 7/16/24, 7/23/24, 7/30/24, 8/6/24, 8/13/24, 8/20/24, 8/27/24, 9/3/24. 9/10/24, 9/17/24, 9/24/24, 10/1/24, 10/8/24, 10/15/24, 10/22/24, 10/29/24, 11/5/24, 11/12/24, 11/25/24, 11/26/24 12/3/24, 12/10/24, 12/17/24, 12/24/24, 12/31/24, 1/7/25, 1/14/25, 1/21/25, 1/24/25** | **$396,000.00** | **Payment of Debtor's loan.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ **None**

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ **None**

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ **None.**

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **Four Hats Inc**                                      Case number *(if known)*   **25-10554**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Armel Eugene Veran Potter and Drea Eileen Lesure v. Four Hats Inc. and Jonathan Oneal Barnes**<br>**25-SV-000099** | **Civil** | **Paulding County State Court**<br>**280 Constitution Blvd**<br>**Dallas, GA 30132** | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Khadijah Gibby & Audrey Gibby v. Four Hats Inc, Dekalb County, John Doe and ABC Corporation 1-3**<br>**23A06036** | | **State Court of DeKalb County**<br>**556 N. McDonough Street**<br>**Decatur, GA 30030** | ☐ Pending<br>☐ On appeal<br>☒ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Cassie Patterson, former Controller, left the companyi n March 2024. After she left, Debtor discovered that Ms. Patterson stole from the company, inlcuding using Debtor's funds to make personal purchases. Debtor alerted Fayette County Sherriff's office regarding this theft. Debtor estimates the amount stolen to be approximately $100,000.00** | | **Theft discovered after March 2024** | **$100,000.00** |

**Part 6:    Certain Payments or Transfers**

**11.  Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **Four Hats Inc**                                                    Case number *(if known)*  **25-10554**

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Jones & Walden, LLC 699 Piedmont Ave, NE Atlanta, GA 30308** | **Inclusive of $45,812.00 security retainer** | **4/7/25 $400.00; 4/14/25 $50,000.00** | **$50,400.00** |
| | Email or website address **info@joneswalden.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Sullivan Auto 1333 Lucie Avenue SE Marietta, GA 30067** | **2022 Ford F-150 Truck (4607) - Funds from sale used to pay-off Ally Bank (seccured lien holder)** | **March 2024** | **$45,780.82** |
| | Relationship to debtor **None** | | | |

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1572 Hwy 85 N Suite 621 Fayetteville, GA 30214** | **March 2016  to November 2019** |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | **Four Hats Inc** | Case number *(if known)* | **25-10554** |
|---|---|---|---|

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Cadence Bank 201 S. Spring Street Tupelo, MS 38804** | **XXXX-1585** | ☑ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **On or about May 31, 2024** | **$866.51** |
| 18.2. | **Cadence Bank 201 S. Spring Street Tupelo, MS 38804** | **XXXX-4625** | ☑ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **On or about April 30, 2024** | **$278.52** |
| 18.3. | **Cadence Bank 201 S. Spring Street Tupelo, MS 38804** | **XXXX-5806** | ☑ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **On or about May 31, 2024** | **$191.83** |
| 18.4. | **Cadence Bank 201 S. Spring Street Tupelo, MS 38804** | **XXXX-5937** | ☑ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☐ Other___ | **On or about May 31, 2024** | **$0.94** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this

| Debtor | **Four Hats Inc** | Case number *(if known)* | **25-10554** |

case.

☑ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Four Hats Inc** | Case number *(if known)* | **25-10554** |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | **Legacy Finanical Services, LLC** **1301 Shilo Road** **Number 330** **Kennesaw, GA 30144** | **Shannon Hunter CPA/ Christina Evans CPA 2022 to Current** |
| 26a.2. | **Tatjana Garten** **12702 Old Well Road** **Hampton, GA 30228** | **March 2016 to Current** |
| 26a.3. | **Joel Cameron, CPA** **2539 Lakefield Trail** **Marietta, GA 30064** | **April 2024 to June 2024** |
| 26a.4. | **Cassie Patterson** **211 Eagle Lake Drive** **Dallas, GA 30132** | **Former Controler September 2022 to March 2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | **Cassie Patterson** **211 Eagle Lake Drive** **Dallas, GA 30132** | **Former Controller September 2022 to March 2024** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. | **Faulkner Commercial Group, Inc** **500 Swanson Road** **Suite 1** **Tyrone, GA 30290** | **June 2024 to Current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Legacy Finanical Services, LLC** **1301 Shilo Road** **Number 330** **Kennesaw, GA 30144** | |

| Debtor | **Four Hats Inc** | Case number *(if known)* | **25-10554** |
|---|---|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Bank of America, N.A.**<br>**Attn: Brian Moynihan, CEO**<br>**100 North Tryon St**<br>**Charlotte, NC 28202** |
| 26d.2.  **BREX**<br>**650 S 500 W #209**<br>**Salt Lake City, UT 84101** |
| 26d.3.  **Comdata**<br>**Attn: President**<br>**5301 Maryland Way**<br>**Brentwood, TN 37027** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Chris Carillo, Director of Texas Operations** | **March 1, 2025 to April 19, 2025 - Texas Equipment Inventory** | |
| | Name and address of the person who has possession of inventory records | | |
| | **Four Hats Inc**<br>**540 Marksmen Court**<br>**Fayetteville, GA 30214** | | |
| 27.2. | **James McCullough, Georgia Operations Manager** | **March 1, 2025 to April 19, 2025 - Georgia Equipment Inventory** | |
| | Name and address of the person who has possession of inventory records | | |
| | **Four Hats Inc**<br>**540 Marksmen Court**<br>**Fayetteville, GA 30214** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **David Garten** | **540 Marksmen Court**<br>**Fayetteville, GA 30214** | **President and CEO** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Four Hats Inc** | Case number *(if known)* | **25-10554** |

control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **David Garten<br>540 Marksmen Court<br>Fayetteville, GA 30214** | **Gross Wages $112,576.72** | **Various dates from April 15, 2024 to April 15, 2025** | **Serving as President and CEO of Debtor** |
|  | Relationship to debtor<br>**President & CEO (100% Owner)** | | | |
| 30.2. | **Tatjana Garten<br>12702 Old Well Road<br>Hampton, GA 30228** | **Gross Wages: $109,615.37** | **Various dates from April 15, 2024 to April 15, 2025** | **Employment** |
|  | Relationship to debtor<br>**Wife of David Garten (President & CEO, 100% Owner)** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor    **Four Hats Inc**    Case number *(if known)* **25-10554**

---

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May  9, 2025**

**/s/ David Garten**                                        **David Garten**
Signature of individual signing on behalf of the debtor                Printed name

Position or relationship to debtor    **Sole Shareholder and President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**Response to SOFA #3**

# Transaction List by Date  > $8575
## Four Hats Inc
### January 17-April 17, 2025

| Date | Transaction type | Num | Name | Posting (Y/N) | Account full name | Amount | > $8,575 Aggregate |
|------|------------------|-----|------|---------------|-------------------|--------|--------------------|
| 01/17/2025 | Expense | | PIRS Capital LLC | Yes | 3201 PIRS Capital | -7,965.10 | |
| 01/24/2025 | Expense | | PIRS Capital LLC | Yes | 3201 PIRS Capital | -7,965.10 | |
| 01/28/2025 | Expense | | PIRS Capital LLC | Yes | 3201 PIRS Capital | -44,605.40 | -60,535.60 |
| 01/21/2025 | Expense | | The Smarter Merchant | Yes | 3202 The Smarter Merchant | -11,000.00 | |
| 01/24/2025 | Expense | | The Smarter Merchant | Yes | 3202 The Smarter Merchant | -55,000.00 | -66,000.00 |
| 01/22/2025 | Expense | | Cucumber Capital LLC | Yes | 3203 Cucumber | -10,930.21 | |
| 01/24/2025 | Expense | | Cucumber Capital LLC | Yes | 3203 Cucumber | -32,790.59 | -43,720.80 |
| 01/22/2025 | Expense | | BF Holdings LLC | Yes | 3204 EBF Holdings LLC | -7,675.70 | |
| 01/29/2025 | Expense | | BF Holdings LLC | Yes | 3204 EBF Holdings LLC | -7,675.70 | |
| 02/05/2025 | Expense | | BF Holdings LLC | Yes | 3204 EBF Holdings LLC | -4,605.00 | |
| 02/12/2025 | Expense | | BF Holdings LLC | Yes | 3204 EBF Holdings LLC | -4,605.00 | |
| 02/19/2025 | Expense | | BF Holdings LLC | Yes | 3204 EBF Holdings LLC | -4,605.00 | |
| 02/26/2025 | Expense | | BF Holdings LLC | Yes | 3204 EBF Holdings LLC | -4,605.00 | |
| 03/28/2025 | Expense | | BF Holdings LLC | Yes | 3204 EBF Holdings LLC | -3,838.00 | -37,609.10 |
| 01/17/2025 | Expense | | Aspire Funding LLC | Yes | 3205 Aspire Funding | -17,488.00 | |
| 01/24/2025 | Expense | | Aspire Funding LLC | Yes | 3205 Aspire Funding | -17,488.00 | |
| 01/31/2025 | Expense | | Aspire Funding LLC | Yes | 3205 Aspire Funding | -8,744.00 | |
| 02/07/2025 | Expense | | Aspire Funding LLC | Yes | 3205 Aspire Funding | -17,488.00 | |
| 02/14/2025 | Expense | | Aspire Funding LLC | Yes | 3205 Aspire Funding | -17,488.00 | |
| 02/21/2025 | Expense | | Aspire Funding LLC | Yes | 3205 Aspire Funding | -17,488.00 | |
| 02/28/2025 | Expense | | Aspire Funding LLC | Yes | 3205 Aspire Funding | -17,488.00 | |
| 03/07/2025 | Expense | | Aspire Funding LLC | Yes | 3205 Aspire Funding | -17,488.00 | |
| 03/25/2025 | Expense | | Aspire Funding LLC | Yes | 3205 Aspire Funding | -3,000.00 | |
| 03/31/2025 | Expense | | Aspire Funding LLC | Yes | 3205 Aspire Funding | -8,740.00 | -142,900.00 |
| 01/21/2025 | Expense | | G&G Funding | Yes | 3206 G&G Funding | -4,101.84 | |
| 01/21/2025 | Expense | | G&G Funding | Yes | 3206 G&G Funding | -4,101.84 | |
| 01/21/2025 | Expense | | G&G Funding | Yes | 3206 G&G Funding | -4,101.84 | |
| 01/22/2025 | Expense | | G&G Funding | Yes | 3206 G&G Funding | -4,101.84 | |
| 01/23/2025 | Expense | | G&G Funding | Yes | 3206 G&G Funding | -4,101.84 | |
| 01/24/2025 | Expense | | G&G Funding | Yes | 3206 G&G Funding | -4,101.84 | |
| 01/27/2025 | Expense | | G&G Funding | Yes | 3206 G&G Funding | -4,101.84 | |

-158,366.08

| Date | Type | | Name | Account | Amount |
|---|---|---|---|---|---|
| 01/29/2025 | Expense | Yes | G&G Funding | 3206 G&G Funding | -4,101.84 |
| 01/30/2025 | Expense | Yes | G&G Funding | 3206 G&G Funding | -4,101.84 |
| 01/30/2025 | Expense | Yes | G&G Funding | 3206 G&G Funding | -4,101.84 |
| 02/03/2025 | Expense | Yes | G&G Funding | 3206 G&G Funding | -4,101.84 |
| 02/03/2025 | Expense | Yes | G&G Funding | 3206 G&G Funding | -3,299.00 |
| 02/04/2025 | Expense | Yes | G&G Funding | 3206 G&G Funding | -4,101.84 |
| 02/05/2025 | Expense | Yes | G&G Funding | 3206 G&G Funding | -4,101.84 |
| 02/06/2025 | Expense | Yes | G&G Funding | 3206 G&G Funding | -4,101.84 |
| 02/07/2025 | Expense | Yes | G&G Funding | 3206 G&G Funding | -4,101.84 |
| 02/10/2025 | Expense | Yes | G&G Funding | 3206 G&G Funding | -4,101.84 |
| 02/11/2025 | Expense | Yes | G&G Funding | 3206 G&G Funding | -4,101.84 |
| 02/12/2025 | Expense | Yes | G&G Funding | 3206 G&G Funding | -4,101.84 |
| 02/13/2025 | Expense | Yes | G&G Funding | 3206 G&G Funding | -4,101.84 |
| 02/14/2025 | Expense | Yes | G&G Funding | 3206 G&G Funding | -4,101.84 |
| 02/18/2025 | Expense | Yes | G&G Funding | 3206 G&G Funding | -4,101.84 |
| 02/18/2025 | Expense | Yes | G&G Funding | 3206 G&G Funding | -4,101.84 |
| 02/19/2025 | Expense | Yes | G&G Funding | 3206 G&G Funding | -4,101.84 |
| 02/20/2025 | Expense | Yes | G&G Funding | 3206 G&G Funding | -4,101.84 |
| 02/21/2025 | Expense | Yes | G&G Funding | 3206 G&G Funding | -4,101.84 |
| 02/24/2025 | Expense | Yes | G&G Funding | 3206 G&G Funding | -4,101.84 |
| 02/25/2025 | Expense | Yes | G&G Funding | 3206 G&G Funding | -4,101.84 |
| 02/26/2025 | Expense | Yes | G&G Funding | 3206 G&G Funding | -4,101.84 |
| 02/27/2025 | Expense | Yes | G&G Funding | 3206 G&G Funding | -4,101.84 |
| 02/28/2025 | Expense | Yes | G&G Funding | 3206 G&G Funding | -4,101.84 |
| 03/03/2025 | Expense | Yes | G&G Funding | 3206 G&G Funding | -4,101.84 |
| 03/03/2025 | Expense | Yes | G&G Funding | 3206 G&G Funding | -3,299.00 |
| 03/04/2025 | Expense | Yes | G&G Funding | 3206 G&G Funding | -4,101.84 |
| 03/05/2025 | Expense | Yes | G&G Funding | 3206 G&G Funding | -4,101.84 |
| 03/06/2025 | Expense | Yes | G&G Funding | 3206 G&G Funding | -4,101.84 |
| 03/07/2025 | Expense | Yes | G&G Funding | 3206 G&G Funding | -4,101.84 |
| 03/10/2025 | Expense | Yes | G&G Funding | 3206 G&G Funding | -4,101.84 |
| 01/17/2025 | Expense | Yes | Family Funding Group LLC | 3207 Family Funding Group LLC | -6,662.24 |
| 01/24/2025 | Expense | Yes | Family Funding Group LLC | 3207 Family Funding Group LLC | -16,655.56 |
| 01/30/2025 | Expense | Yes | Family Funding Group LLC | 3207 Family Funding Group LLC | -17,000.00 |
| 01/30/2025 | Expense | Yes | Family Funding Group LLC | 3207 Family Funding Group LLC | -17,000.00 |

| Date | Type | | Name | Account | Amount |
|---|---|---|---|---|---|
| 01/31/2025 | Expense | Yes | Family Funding Group LLC | 3207 Family Funding Group LLC | -16,655.56 |
| 02/07/2025 | Expense | Yes | Family Funding Group LLC | 3207 Family Funding Group LLC | -38,000.00 |
| 02/14/2025 | Expense | Yes | Family Funding Group LLC | 3207 Family Funding Group LLC | -38,000.00 |
| 02/21/2025 | Expense | Yes | Family Funding Group LLC | 3207 Family Funding Group LLC | -38,000.00 |
| 02/28/2025 | Expense | Yes | Family Funding Group LLC | 3207 Family Funding Group LLC | -38,000.00 |
| 03/07/2025 | Expense | Yes | Family Funding Group LLC | 3207 Family Funding Group LLC | -38,000.00 |
| 03/20/2025 | Expense | Yes | Family Funding Group LLC | 3207 Family Funding Group LLC | -5,000.00 |
| 03/24/2025 | Expense | Yes | Family Funding Group LLC | 3207 Family Funding Group LLC | -15,000.00 |
| 03/28/2025 | Expense | Yes | Family Funding Group LLC | 3207 Family Funding Group LLC | -15,000.00 **-298,973.36** |
| 01/21/2025 | Expense | Yes | Cambridge Adv | 3208 Cambridge Adv | -14,900.00 |
| 01/27/2025 | Expense | Yes | Cambridge Adv | 3208 Cambridge Adv | -14,900.00 |
| 02/03/2025 | Expense | Yes | Cambridge Adv | 3208 Cambridge Adv | -14,900.00 |
| 02/10/2025 | Expense | Yes | Cambridge Adv | 3208 Cambridge Adv | -14,900.00 |
| 02/18/2025 | Expense | Yes | Cambridge Adv | 3208 Cambridge Adv | -14,900.00 |
| 02/24/2025 | Expense | Yes | Cambridge Adv | 3208 Cambridge Adv | -14,900.00 |
| 02/27/2025 | Expense | Yes | Cambridge Adv | 3208 Cambridge Adv | -3,999.00 |
| 02/28/2025 | Expense | Yes | Cambridge Adv | 3208 Cambridge Adv | -3,999.00 |
| 03/03/2025 | Expense | Yes | Cambridge Adv | 3208 Cambridge Adv | -3,999.00 |
| 03/04/2025 | Expense | Yes | Cambridge Adv | 3208 Cambridge Adv | -3,999.00 |
| 03/05/2025 | Expense | Yes | Cambridge Adv | 3208 Cambridge Adv | -3,999.00 |
| 03/06/2025 | Expense | Yes | Cambridge Adv | 3208 Cambridge Adv | -3,999.00 |
| 03/07/2025 | Expense | Yes | Cambridge Adv | 3208 Cambridge Adv | -3,999.00 |
| 03/10/2025 | Expense | Yes | Cambridge Adv | 3208 Cambridge Adv | -3,999.00 **-121,392.00** |
| 01/17/2025 | Expense | Yes | Honest Funding LLC | 3209 Honest Funding LLC | -12,500.00 |
| 02/03/2025 | Expense | Yes | Honest Funding LLC | 3209 Honest Funding LLC | -6,000.00 **-18,500.00** |
| 02/06/2025 | Expense | Yes | THORO CORP | 3210 Thoro | -1,300.00 |
| 02/07/2025 | Expense | Yes | THORO CORP | 3210 Thoro | -1,300.00 |
| 02/10/2025 | Expense | Yes | THORO CORP | 3210 Thoro | -1,300.00 |
| 02/11/2025 | Expense | Yes | THORO CORP | 3210 Thoro | -1,300.00 |
| 02/12/2025 | Expense | Yes | THORO CORP | 3210 Thoro | -1,300.00 |
| 02/13/2025 | Expense | Yes | THORO CORP | 3210 Thoro | -1,300.00 |
| 02/14/2025 | Expense | Yes | THORO CORP | 3210 Thoro | -1,300.00 |
| 02/18/2025 | Expense | Yes | THORO CORP | 3210 Thoro | -1,300.00 |
| 02/18/2025 | Expense | Yes | THORO CORP | 3210 Thoro | -1,300.00 |
| 02/19/2025 | Expense | Yes | THORO CORP | 3210 Thoro | -1,300.00 |
| 02/20/2025 | Expense | Yes | THORO CORP | 3210 Thoro | -1,300.00 |

| Date | Type | | Payee | Account / Description | Amount |
|---|---|---|---|---|---|
| 02/21/2025 | Expense | Yes | THORO CORP | 3210 Thoro | -1,300.00 |
| 02/24/2025 | Expense | Yes | THORO CORP | 3210 Thoro | -1,300.00 |
| 02/25/2025 | Expense | Yes | THORO CORP | 3210 Thoro | -1,300.00 |
| 02/26/2025 | Expense | Yes | THORO CORP | 3210 Thoro | -1,300.00 |
| 02/27/2025 | Expense | Yes | THORO CORP | 3210 Thoro | -1,300.00 |
| 02/28/2025 | Expense | Yes | THORO CORP | 3210 Thoro | -1,300.00 |
| 03/03/2025 | Expense | Yes | THORO CORP | 3210 Thoro | -1,300.00 |
| 03/04/2025 | Expense | Yes | THORO CORP | 3210 Thoro | -1,300.00 |
| 03/05/2025 | Expense | Yes | THORO CORP | 3210 Thoro | -1,300.00 |
| 03/06/2025 | Expense | Yes | THORO CORP | 3210 Thoro | -1,300.00 |
| 03/07/2025 | Expense | Yes | THORO CORP | 3210 Thoro | -1,300.00 |
| 03/10/2025 | Expense | Yes | THORO CORP | 3210 Thoro | -1,300.00 |
| 03/31/2025 | Expense | Yes | THORO CORP | 3210 Thoro | -1,300.00 |
| | | | | | **-31,200.00** |
| 01/23/2025 | Bill | Yes | Garten, Tatjana | 3211 N/P Tatjana Garten | 10,000.00 |
| | | | | | **10,000.00** |
| 01/27/2025 | Credit Card Payment | Yes | Wells Fargo | Cards:3105 WF CC - David G #3105 | -1,200.00 |
| 03/28/2025 | Credit Card Payment | Yes | Wells Fargo | Cards:3105 WF CC - David G #3105 | -4,000.00 |
| 03/26/2025 | Credit Card Payment | Yes | Wells Fargo | Cards:4960 WF CC - Chris C #4960 | -1,000.00 |
| 03/28/2025 | Credit Card Payment | Yes | Wells Fargo | Cards:4960 WF CC - Chris C #4960 | -2,000.00 |
| 01/31/2025 | Credit Card Payment | Yes | Wells Fargo | Cards:8933 WF CC - Nicole P #8933 | -800.00 |
| | | | | | **-9,000.00** |
| 02/18/2025 | Credit Card Payment | Yes | Comdata | 3550 Comdata Card | -15,000.00 |
| 02/19/2025 | Credit Card Payment | Yes | Comdata | 3550 Comdata Card | -120,779.32 |
| 01/17/2025 | Expense | Yes | Comdata | 3550 Comdata Card | -57,270.12 |
| | | | | | **-193,049.44** |
| 01/29/2025 | Credit Card Payment | Yes | BREX | 3600 Brex | -5,000.00 |
| 01/31/2025 | Credit Card Payment | Yes | BREX | 3600 Brex | -8,000.00 |
| 02/05/2025 | Credit Card Payment | Yes | BREX | 3600 Brex | -7,500.00 |
| 02/07/2025 | Credit Card Payment | Yes | BREX | 3600 Brex | -10,000.00 |
| 02/07/2025 | Credit Card Payment | Yes | BREX | 3600 Brex | -10,000.00 |
| 02/12/2025 | Credit Card Payment | Yes | BREX | 3600 Brex | -10,000.00 |
| | | | | | **-50,500.00** |
| 01/21/2025 | Expense | Yes | Vault | 4810 Payroll & Related (COS) | -34,592.60 |
| 01/24/2025 | Expense | Yes | Vault | 4810 Payroll & Related (COS) | -313.85 |
| 01/24/2025 | Expense | Yes | Vault | 4810 Payroll & Related (COS) | -44,530.31 |
| 01/24/2025 | Expense | Yes | Vault | 4810 Payroll & Related (COS) | -23,899.44 |
| 01/27/2025 | Expense | Yes | Vault | 4810 Payroll & Related (COS) | -222.86 |
| 02/04/2025 | Expense | Yes | Vault | 4810 Payroll & Related (COS) | -14,337.93 |

| Date | Type | Num | Name | | Memo | Account | Amount |
|------|------|-----|------|---|------|---------|--------|
| 02/04/2025 | Expense | | | Yes | Vault | 4810 Payroll & Related (COS) | -5,240.54 |
| 02/05/2025 | Expense | | | Yes | Vault | 4810 Payroll & Related (COS) | -222.86 |
| 02/05/2025 | Expense | | | Yes | Vault | 4810 Payroll & Related (COS) | -313.85 |
| 02/05/2025 | Expense | | | Yes | Vault | 4810 Payroll & Related (COS) | -27,360.36 |
| 02/05/2025 | Expense | | | Yes | Vault | 4810 Payroll & Related (COS) | -13,353.81 |
| 02/10/2025 | Expense | | | Yes | Vault | 4810 Payroll & Related (COS) | -24,178.47 |
| 02/10/2025 | Expense | | | Yes | Vault | 4810 Payroll & Related (COS) | -313.85 |
| 02/10/2025 | Expense | | | Yes | Vault | 4810 Payroll & Related (COS) | -290.25 |
| 02/10/2025 | Expense | | | Yes | Vault | 4810 Payroll & Related (COS) | -10,617.23 |
| 02/10/2025 | Expense | | | Yes | Vault | 4810 Payroll & Related (COS) | -5,506.00 |
| 02/10/2025 | Expense | | | Yes | Vault | 4810 Payroll & Related (COS) | -4,076.60 |
| 02/10/2025 | Expense | | | Yes | Vault | 4810 Payroll & Related (COS) | -1,387.00 |
| 02/14/2025 | Expense | | | Yes | Vault | 4810 Payroll & Related (COS) | -24,862.57 |
| 02/14/2025 | Expense | | | Yes | Vault | 4810 Payroll & Related (COS) | -365.77 |
| 02/14/2025 | Expense | | | Yes | Vault | 4810 Payroll & Related (COS) | -11,247.00 |
| 02/14/2025 | Expense | | | Yes | Vault | 4810 Payroll & Related (COS) | -13,758.48 |
| 02/19/2025 | Expense | | | Yes | Vault | 4810 Payroll & Related (COS) | -13,657.02 |
| 02/19/2025 | Expense | | | Yes | Vault | 4810 Payroll & Related (COS) | -9,268.31 |
| 02/25/2025 | Expense | | | Yes | Vault | 4810 Payroll & Related (COS) | -365.77 |
| 02/25/2025 | Expense | | | Yes | Vault | 4810 Payroll & Related (COS) | -268.61 |
| 02/25/2025 | Expense | | | Yes | Vault | 4810 Payroll & Related (COS) | -14,917.56 |
| 02/25/2025 | Expense | | | Yes | Vault | 4810 Payroll & Related (COS) | -38,417.54 |
| 03/04/2025 | Expense | | | Yes | Vault | 4810 Payroll & Related (COS) | -22,693.94 |
| 03/04/2025 | Expense | | | Yes | Vault | 4810 Payroll & Related (COS) | -9,256.58 |
| 03/07/2025 | Expense | | | Yes | Vault | 4810 Payroll & Related (COS) | -22,693.94 |
| 03/10/2025 | Expense | | | Yes | Vault | 4810 Payroll & Related (COS) | -21,675.23 |
| 03/10/2025 | Expense | | | Yes | Vault | 4810 Payroll & Related (COS) | -10,738.01 |
| | | | | | | | **-424,944.16** |
| 01/17/2025 | Expense | | Enterprise Fleet Management | Yes | | 4845 Truck Expenses:4842 Truck Lease | -22,000.00 |
| | | | | | | | **-22,000.00** |
| 02/11/2025 | Expense | | IPFS Corporation | Yes | | 5200 Insurance:5210 General Liability Insurance | -28,402.73 |
| | | | | | | | **-28,402.73** |
| 03/10/2025 | Expense | | | Yes | Vault | 5200 Insurance:5210 General Liability Insurance | -9,044.47 |
| | | | | | | | **-9,044.47** |
| 01/17/2025 | Expense | | Cincinnati Insurance Compan | Yes | | Insurance | -60,723.00 |
| 02/18/2025 | Expense | | Cincinnati Insurance Compan | Yes | | Insurance | -60,723.00 |
| | | | | | | | **-121,446.00** |
| 02/25/2025 | Check | 1085 | Marvin Williams | Yes | | 5600 Rent and Utilities:5610 Office Rent or Lease | -7,602.79 |
| 02/25/2025 | Check | 1083 | Marvin Williams | Yes | | 5600 Rent and Utilities:5610 Office Rent or Lease | -4,206.40 |

| Date | Type | | Name | Account/Description | Amount |
|---|---|---|---|---|---|
| 01/23/2025 | Expense | Yes | Marvin Williams | 5600 Rent and Utilities:5610 Office Rent or Lease | -4,084.30 |
| 01/27/2025 | Expense | Yes | Bank Of America | Credit | -7,348.93 |
| 01/31/2025 | Expense | Yes | Bank Of America | Credit | -100,000.00 |
| 02/27/2025 | Expense | Yes | Bank Of America | Credit | -6,703.09 |
| 02/28/2025 | Expense | Yes | Bank Of America | Credit | -100,000.00 |
| 02/14/2025 | Expense | Yes | Enterprise Fleet Management | 7050 Enterprise Lease Obligation | -5,000.00 |
| 03/18/2025 | Expense | Yes | Enterprise Fleet Management | 7050 Enterprise Lease Obligation | -7,700.00 |
| 01/31/2025 | Expense | Yes | Enterprise Fleet Management | 7050 Enterprise Lease Obligation:7051 Enterprise Payments To Allocate | -5,000.00 |
| 01/22/2025 | Expense | Yes | Ford Credit | 7055 Notes Payable - Ford Credit | -1,547.31 |
| 02/20/2025 | Expense | Yes | Ford Credit | 7055 Notes Payable - Ford Credit | -1,715.74 |
| 02/20/2025 | Expense | Yes | Ford Credit | 7055 Notes Payable - Ford Credit | -1,744.47 |
| 02/20/2025 | Expense | Yes | Ford Credit | 7055 Notes Payable - Ford Credit | -1,640.38 |
| 02/20/2025 | Expense | Yes | Ford Credit | 7055 Notes Payable - Ford Credit | -1,436.90 |
| 02/20/2025 | Expense | Yes | Ford Credit | 7055 Notes Payable - Ford Credit | -1,335.67 |
| 02/20/2025 | Expense | Yes | Ford Credit | 7055 Notes Payable - Ford Credit | -1,303.04 |
| 02/20/2025 | Expense | Yes | Ford Credit | 7055 Notes Payable - Ford Credit | -1,288.71 |
| 02/20/2025 | Expense | Yes | Ford Credit | 7055 Notes Payable - Ford Credit | -1,214.17 |
| 02/20/2025 | Expense | Yes | Ford Credit | 7055 Notes Payable - Ford Credit | -1,447.71 |
| 02/20/2025 | Expense | Yes | Ford Credit | 7055 Notes Payable - Ford Credit | -1,845.47 |
| 03/20/2025 | Expense | Yes | Ford Credit | 7055 Notes Payable - Ford Credit | -1,815.74 |
| 03/20/2025 | Expense | Yes | Ford Credit | 7055 Notes Payable - Ford Credit | -1,640.38 |
| 03/20/2025 | Expense | Yes | Ford Credit | 7055 Notes Payable - Ford Credit | -1,547.71 |
| 03/20/2025 | Expense | Yes | Ford Credit | 7055 Notes Payable - Ford Credit | -1,435.67 |
| 03/20/2025 | Expense | Yes | Ford Credit | 7055 Notes Payable - Ford Credit | -1,403.04 |
| 03/20/2025 | Expense | Yes | Ford Credit | 7055 Notes Payable - Ford Credit | -1,388.71 |
| 03/20/2025 | Expense | Yes | Ford Credit | 7055 Notes Payable - Ford Credit | -1,314.17 |
| 03/20/2025 | Expense | Yes | Ford Credit | 7055 Notes Payable - Ford Credit | -3,280.76 |
| 03/20/2025 | Expense | Yes | Ford Credit | 7055 Notes Payable - Ford Credit | -3,194.62 |
| 03/20/2025 | Expense | Yes | Ford Credit | 7055 Notes Payable - Ford Credit | -2,914.08 |
| 03/20/2025 | Expense | Yes | Ford Credit | 7055 Notes Payable - Ford Credit | -2,731.92 |
| **TOTAL** | | | | | **-$2,114,415.90** |

-15,893.49

-214,052.02

-17,700.00

-39,186.37

## United States Bankruptcy Court
### Northern District of Georgia

In re  **Four Hats Inc**

Debtor(s)

Case No.  **25-10554**

Chapter  **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **-NONE-** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sole Shareholder and President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **May  9, 2025**

Signature  **/s/ David Garten**

**David Garten**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**Northern District of Georgia**

In re    **Four Hats Inc**

Debtor(s)

Case No.    **25-10554**
Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Sole Shareholder and President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May  9, 2025**

**/s/ David Garten**

**David Garten**/**Sole Shareholder and President**
Signer/Title

Ally Bank
Attn: Michael G. Rhodes, CEO
200 W Civic Center Dr
Sandy, UT 84070


ALP-ARC II AMWW Operating Co.
1600 Market Street
Suite 2600
Philadelphia, PA 19103


American Express
Attn: Stephen Squeri, CEO
115 W Towne Ridge Pkwy
Sandy, UT 84070


Arden Logistics
1600 Market Street
Suite 2600
Philadelphia, PA 19103


Arnel Porter & Drea Lesure


Aspire Funding LLC
P.O. Box 105555
Atlanta, GA 30348-5555


Bank of America, N.A.
Attn: Brian Moynihan, CEO
100 North Tryon St
Charlotte, NC 28202


Bank of America, N.A.
Brian T. Moyniha, CEO
100 N Tryon St
Charlotte, NC 28202

BH Holdings LLC
102 W 38th Street
6th Floor
New York, NY 10018


BREX
650 S 500 W #209
Salt Lake City, UT 84101


C&D Auto Paint, Inc.
121 Business Circle
Thomasville, GA 31792


Cambridge Advance
c/o Registered Agent Solutions
2894 Remington Green Ln, STE A
Tallahassee, FL 32308


Cherish Shushok


Christina Peyton


City of Fayetteville
210 Stonewall Avenue West
Chicago, IL 60290


City of Marietta Tax Division
205 Lawrence St NE
Marietta, GA 30060


CMIT Solutions
9433 Bee Caves Rd Bldg. 3
Ste. 210
Austin, TX 78733

Cobb Chamber of Commerce
1100 Circle 75 Pkwy #1000
Atlanta, GA 30339


Cobb County Tax Commissioner
700 South Cobb Drive
Marietta, GA 30060


Comdata
Attn: President
5301 Maryland Way
Brentwood, TN 37027


David Garten
540 Marksmen Court
Fayetteville, GA 30214


DCS Computer Services
234 Heathersett Drive
Marietta, GA 30064


Enterprise Fleet Management
600 Corporate Park Dr
Saint Louis, MO 63105


Family Funding Group LLC
1021 38th St Ste 501
Brooklyn, NY 11219-1865


Faulkner Commercial Group, Inc
500 Swanson Road
Suite 1
Tyrone, GA 30290


Fayette Co Tax Commissioner
140 Stonewall Ave
Fayetteville, GA 30214

Fayette County Attorney
Marie G. Broder
One Center Drive
Fayetteville, GA 30214


First Citizens Bank
Attn: Frank B. Holding Jr.,CEO
239 Fayetteville St
Raleigh, NC 27601


Ford Motor Credit Company
P.O. Box 35910
Cleveland, OH 44135-0910


G and G Funding Group LLC
57 West 57th Street
4th Floor
New York, NY 10019


GA Department of Revenue
Taxpayer Services Division
PO Box 105499
Atlanta, GA 30348


Guide Services, Inc.
429 West Kingston
Kingston Springs, TN 37082


HAR - Harris Ventures, Inc.
863 Holcomb Bridge Road
Roswell, GA 30076


HD Fleet, LLC
2450 Lakeside Pkwy #150-213
Flower Mound, TX 75022

```
Herc Rentals Inc.
27500 Riverview Center Blvd
Suite 100
Bonita Springs, FL 34134


Independent Studio Services
971 Sampler Way
Atlanta, GA 30344


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


LaPorsha Lockett


Marcus Tettleton


Marvin Williams
185 Industrial Way
Fayetteville, GA 30215-8000


Marvin Williams
185 Inustrial Way
Fayetteville, GA 30215


Matt Nottingham
263 Bainbridge Circle
Dallas, GA 30132


McKayla Mae Marlow


Mitsubishi Capital
800 Connecticut Avenue
Norwalk, CT 06854
```

Office Of the Chief Co. IRS
1111 Constitution Ave
Washington, DC 20224


Oldenburg & Stiner, P.C.
2004 Commerce Dr N #200
Peachtree City, GA 30269


Pack I-20 Holdings LLC
PO Box 998
Fort Worth, TX 76101-0998


Premier Small Business Service
dba Payroll Vault
55 Atlanta St. SE, Suite 398
Marietta, GA 30060


Quentin Daniels


Rhino Equity, LLC
P.O. Box 1234
Converse, TX 78109


RMA Toll Processing
2420 Ridgepoint Drive
Austin, TX 78754


Southern Lawn Life, LLC
120 Stafford Court
Fayetteville, GA 30215


Storm Haven
250 Ebenezer Road
Fayetteville, GA 30215

Storm Haven, L.L.C.
250 Ebenezer Road
Fayetteville, GA 30215


Stripes & Stops Co. Inc.
2323 Greens Road
Houston, TX 77032


Tatjana Garten
12702 Old Well Road
Hampton, GA 30228


THORO CORP
800 SE 4TH AVE, STE 601
Hallandale, FL 33009


Troncalli Parts Cumming
818 Atlanta Hwy
Cumming, GA 30040-2708


Tyrell Bridges


U.S. Attorney General
Atn Clekr, US Dept of Justice
950 Pennsylvania Ave NW
Washington, DC 20350


US Attorney, Attn: Civil Clerk
600 Richard Russell Bldg
75 Ted Turner DRive, SW
Atlanta, GA 30303


Valley National Bank
Attn: Ira Robbins, CEO
615 Main Ave
Passaic, NJ 07055

```
WebBank
Attn: Jason Lloyd, CEO
215 S State St, Ste 1000
Salt Lake City, UT 84111


Wells Fargo Bank, N.A.
Attn: Charles W, Scharf, CEO
101 N Phillips Ave
Sioux Falls, SD 57104


Western Highways Traffic Truck
3100 East Hwy 199
Ste 199
Springtown, TX 76082
```

# United States Bankruptcy Court
### Northern District of Georgia

In re __Four Hats Inc__

_____
Debtor(s)

Case No. __25-10554__

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Four Hats Inc__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__May  9, 2025__
Date

/s/ Leslie Pineyro
**Leslie Pineyro 969800**
Signature of Attorney or Litigant
Counsel for __Four Hats Inc__
**Jones & Walden LLC**
**699 Piedmont Avenue NE**
**Atlanta, GA 30308**
**404-564-9300 Fax:404-564-9301**
**info@joneswalden.com**