IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE:<br><br>FOUR HATS INC,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 25-10554-PMB |

AMENDMENT TO LIST OF 20 LARGEST
UNSECURED CREDITORS AND CREDITOR ADDRESS MATRIX

COMES NOW Four Hats Inc, Debtor in the above-styled Chapter 11 Bankruptcy Case and amends its List of 20 Largest Unsecured Creditors and Creditor Address Matrix and respectfully shows the Court as follows:

List of 20 Largest Unsecured Creditors. Debtor hereby substitutes its List of 20 Largest Unsecured Creditors which is attached hereto in lieu of any such list previously filed.

Creditor Address Matrix. Debtor hereby substitutes the Creditor Address Matrix to include the following:

ALP-ARC II AMWW Operating Co.
1600 Market Street
Suite 2600
Philadelphia, PA 19103

BH Holdings LLC
102 W 38th Street
6th Floor
New York, NY 10018

Cambridge Advance
c/o Registered Agent Solutions
2894 Remington Green Ln, STE A
Tallahassee, FL 32308

City of Fayetteville
210 Stonewall Avenue West
Chicago, IL 60290

David Garten
540 Marksmen Court
Fayetteville, GA 30214

DCS Computer Services
234 Heathersett Drive
Marietta, GA 30064

Faulkner Commercial Group, Inc
500 Swanson Road
Suite 1
Tyrone, GA 30290

Fayette County Attorney
Marie G. Broder
One Center Drive
Fayetteville, GA 30214

| | |
|---|---|
| GA Department of Revenue<br>Taxpayer Services Division<br>PO Box 105499<br>Atlanta, GA 30348 | HAR - Harris Ventures, Inc.<br>863 Holcomb Bridge Road<br>Roswell, GA 30076 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Marvin Williams<br>185 Industrial Way<br>Fayetteville, GA 30215-8000 |
| Matt Nottingham<br>263 Bainbridge Circle<br>Dallas, GA 30132 | Office Of the Chief Co. IRS<br>1111 Constitution Ave<br>Washington, DC 20224 |
| Premier Small Business Service<br>dba Payroll Vault<br>55 Atlanta St. SE, Suite 398<br>Marietta, GA 30060 | Rhino Equity, LLC<br>P.O. Box 1234<br>Converse, TX 78109 |
| RMA Toll Processing<br>2420 Ridgepoint Drive<br>Austin, TX 78754 | Storm Haven<br>250 Ebenezer Road<br>Fayetteville, GA 30215 |
| Tatjana Garten<br>12702 Old Well Road<br>Hampton, GA 30228 | U.S. Attorney General<br>Atn Clekr, US Dept of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20350 |
| US Attorney, Attn: Civil Clerk<br>600 Richard Russell Bldg<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303 | |

Except as expressly amended herein, all information set forth in the Debtor's Petition, Schedules, and Statement of Financial Affairs remains true and correct and is adopted herein.

RESPECTFULLY SUBMITTED this 12th day of May, 2025.

**JONES & WALDEN LLC**
/s/ *Leslie M. Pineyro*
Leslie M. Pineyro
Georgia Bar No. 969800
Attorney for Debtor
699 Piedmont Ave NE
Atlanta, Georgia 30308
(404) 564-9300
lpineyro@joneswalden.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Four Hats Inc** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF GEORGIA** |
| Case number (if known): | **25-10554** |

■ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **American Express** Attn: Stephen Squeri, CEO 115 W Towne Ridge Pkwy Sandy, UT 84070 | | CRD | | | | $37,134.03 |
| **Aspire Funding LLC** P.O. Box 105555 Atlanta, GA 30348-5555 | | MCA Loan | | $34,981.00 | $0.00 | $34,981.00 |
| **Bank of America, N.A.** Attn: Brian Moynihan, CEO 100 North Tryon St Charlotte, NC 28202 | | Line of Credit | | $925,000.00 | $0.00 | $925,000.00 |
| **BH Holdings LLC** 102 W 38th Street 6th Floor New York, NY 10018 | | MCA Loan, BH Holdings, LLC d/b/a Everest Business Funding | | $46,056.00 | $0.00 | $46,056.00 |
| **BREX** 650 S 500 W #209 Salt Lake City, UT 84101 | | CRD | | | | $98,000.00 |
| **Cambridge Advance** c/o Registered Agent Solutions 2894 Remington Green Ln, STE A Tallahassee, FL 32308 | | MCA Loan | | $58,800.00 | $0.00 | $58,800.00 |
| **Cobb Chamber of Commerce** 1100 Circle 75 Pkwy #1000 Atlanta, GA 30339 | | | | | | $20,000.00 |

Debtor **Four Hats Inc**     Case number *(if known)* **25-10554**
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Comdata** Attn: President 5301 Maryland Way Brentwood, TN 37027 | | | | | | $249,317.29 |
| **Enterprise Fleet Management** 600 Corporate Park Dr Saint Louis, MO 63105 | | | | | | $83,000.00 |
| **Family Funding Group LLC** 1021 38th St Ste 501 Brooklyn, NY 11219-1865 | | MCA Loan | | $130,000.00 | $0.00 | $130,000.00 |
| **Faulkner Commercial Group, Inc** 500 Swanson Road Suite 1 Tyrone, GA 30290 | | | | | | $28,853.29 |
| **G and G Funding Group LLC** 57 West 57th Street 4th Floor New York, NY 10019 | | MCA loan | | $500,000.00 | $0.00 | $500,000.00 |
| **Guide Services, Inc.** 429 West Kingston Kingston Springs, TN 37082 | | | | | | $20,000.00 |
| **HAR - Harris Ventures, Inc.** 863 Holcomb Bridge Road Roswell, GA 30076 | | d/b/a Staff Zone | | | | $21,765.63 |
| **HD Fleet, LLC** 2450 Lakeside Pkwy #150-213 Flower Mound, TX 75022 | | | | | | $40,000.00 |
| **Premier Small Business Service dba Payroll Vault** 55 Atlanta St. SE, Suite 398 Marietta, GA 30060 | | | | | | $149,282.68 |
| **Rhino Equity, LLC** P.O. Box 1234 Converse, TX 78109 | | | | | | $266,912.80 |

Debtor **Four Hats Inc**
Name

Case number *(if known)* **25-10554**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Stripes & Stops Co. Inc.**<br>**2323 Greens Road**<br>**Houston, TX 77032** | | | | | | **$206,641.82** |
| **THORO CORP**<br>**800 SE 4TH AVE, STE 601**<br>**Hallandale, FL 33009** | | **MCA loan** | | **$81,900.00** | **$0.00** | **$81,900.00** |
| **WebBank**<br>**Attn: Jason Lloyd, CEO**<br>**215 S State St, Ste 1000**<br>**Salt Lake City, UT 84111** | | | | | | **$19,500.00** |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 3

### DECLARATION UNDER PENALTY OF PERJURY

      I declare under penalty of perjury that I have read the foregoing Amendment and that the same is true and correct to the best of my knowledge, information and belief.

                                      **Four Hats Inc**

Date: <u>May 12, 2025</u>　　　　　　　　By: <u>*David Garten*</u>
　　　　　　　　　　　　　　　　　　　　David Garten, Sole Shareholder and President

**Supplemental Creditor Matrix**

ALP-ARC II AMWW Operating Co.
1600 Market Street
Suite 2600
Philadelphia, PA 19103

BH Holdings LLC
102 W 38th Street
6th Floor
New York, NY 10018

Cambridge Advance
c/o Registered Agent Solutions
2894 Remington Green Ln, STE A
Tallahassee, FL 32308

City of Fayetteville
210 Stonewall Avenue West
Chicago, IL 60290

David Garten
540 Marksmen Court
Fayetteville, GA 30214

DCS Computer Services
234 Heathersett Drive
Marietta, GA 30064

Faulkner Commercial Group, Inc
500 Swanson Road
Suite 1
Tyrone, GA 30290

Fayette County Attorney
Marie G. Broder
One Center Drive
Fayetteville, GA 30214

GA Department of Revenue
Taxpayer Services Division
PO Box 105499
Atlanta, GA 30348

HAR - Harris Ventures, Inc.
863 Holcomb Bridge Road
Roswell, GA 30076

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Marvin Williams
185 Industrial Way
Fayetteville, GA 30215-8000

Matt Nottingham
263 Bainbridge Circle
Dallas, GA 30132

Office Of the Chief Co. IRS
1111 Constitution Ave
Washington, DC 20224

Premier Small Business Service
dba Payroll Vault
55 Atlanta St. SE, Suite 398
Marietta, GA 30060

Rhino Equity, LLC
P.O. Box 1234
Converse, TX 78109

RMA Toll Processing
2420 Ridgepoint Drive
Austin, TX 78754

Storm Haven
250 Ebenezer Road
Fayetteville, GA 30215

Tatjana Garten
12702 Old Well Road
Hampton, GA 30228

U.S. Attorney General
Atn Clekr, US Dept of Justice
950 Pennsylvania Ave NW
Washington, DC 20350

US Attorney, Attn: Civil Clerk
600 Richard Russell Bldg
75 Ted Turner Drive, SW
Atlanta, GA 30303

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE:<br><br>FOUR HATS INC,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 25-10554-PMB |

CERTIFICATE OF SERVICE

This is to certify that I have on this day electronically filed the *Amendment to List of 20 Largest Unsecured Creditors and Creditor Address Matrix* (the "Amendment") using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of and an accompanying link to the document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing Program:

- **Jonathan S. Adams**   jonathan.s.adams@usdoj.gov
- **Office of the United States Trustee**   ustpregion21.at.ecf@usdoj.gov

I hereby certify that on this day I caused a copy of the foregoing Amendment and the *Notice of Chapter 11 Bankruptcy Case* (Doc. No. 6) to be served upon the parties listed below via U.S. First Class Mail, postage prepaid:

ALP-ARC II AMWW Operating Co.
1600 Market Street
Suite 2600
Philadelphia, PA 19103

BH Holdings LLC
102 W 38th Street
6th Floor
New York, NY 10018

Cambridge Advance
c/o Registered Agent Solutions
2894 Remington Green Ln, STE A
Tallahassee, FL 32308

City of Fayetteville
210 Stonewall Avenue West
Chicago, IL 60290

David Garten
540 Marksmen Court
Fayetteville, GA 30214

DCS Computer Services
234 Heathersett Drive
Marietta, GA 30064

Faulkner Commercial Group, Inc
500 Swanson Road
Suite 1
Tyrone, GA 30290

Fayette County Attorney
Marie G. Broder
One Center Drive
Fayetteville, GA 30214

GA Department of Revenue
Taxpayer Services Division

HAR - Harris Ventures, Inc.
863 Holcomb Bridge Road

PO Box 105499
Atlanta, GA 30348

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Matt Nottingham
263 Bainbridge Circle
Dallas, GA 30132

Premier Small Business Service
dba Payroll Vault
55 Atlanta St. SE, Suite 398
Marietta, GA 30060

RMA Toll Processing
2420 Ridgepoint Drive
Austin, TX 78754

Tatjana Garten
12702 Old Well Road
Hampton, GA 30228

US Attorney, Attn: Civil Clerk
600 Richard Russell Bldg
75 Ted Turner Drive, SW
Atlanta, GA 30303

Roswell, GA 30076

Marvin Williams
185 Industrial Way
Fayetteville, GA 30215-8000

Office Of the Chief Co. IRS
1111 Constitution Ave
Washington, DC 20224

Rhino Equity, LLC
P.O. Box 1234
Converse, TX 78109

Storm Haven
250 Ebenezer Road
Fayetteville, GA 30215

U.S. Attorney General
Atn Clekr, US Dept of Justice
950 Pennsylvania Ave NW
Washington, DC 20350

This 12th day of May, 2025.

**JONES & WALDEN LLC**

/s/ *Leslie M. Pineyro*
Leslie M. Pineyro
Georgia Bar No. 969800
Attorney for Debtor
699 Piedmont Ave NE
Atlanta, Georgia 30308
(404) 564-9300
lpineyro@joneswalden.com